**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| BEVERLY COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEPHORA USA, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:25-cv-01342-JNW<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Beverly Cole ("Plaintiff"), individually and on behalf of all others similarly situated ("Class"), brings this action against Defendant Sephora USA, Inc. ("Defendant") and alleges, upon personal knowledge as to Plaintiff's own actions and Plaintiff's counsel's investigation, and upon information and belief as to all other matters, as follows:

## I. NATURE OF THE CASE

1. This is a class action lawsuit to remedy Defendant's business practice of illegally restricting, restraining, and prohibiting low-wage workers from engaging in lawful professions, trades, and businesses and from accepting or transacting business with customers in violation of Washington's noncompetition law. *See* ch. 49.62 RCW.

2. The Washington Legislature ("Legislature") enacted chapter 49.62 RCW, effective January 1, 2020, to facilitate workforce mobility and protect low-wage workers by prohibiting restrictive covenants that limit competition or hiring. *See* RCW 49.62.005.



**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

3. In so doing, the Legislature found that "[w]orkforce mobility is important to economic growth and development" and that "[a]greements limiting competition or hiring may be contracts of adhesion that may be unreasonable." RCW 49.62.005(1)-(2).

4. The Legislature defined a "noncompetition covenant" to include "every written or oral covenant, agreement, or contract by which an employee or independent contractor is prohibited or restrained from engaging in a lawful profession, trade, or business of any kind." RCW 49.62.010(4).

5. Effective January 1, 2020, "an employer may not restrict, restrain, or prohibit an employee earning less than twice the applicable state minimum hourly wage from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed." RCW 49.62.070(1).

6. In prohibiting employers from restricting low-wage workers' ability to hold supplemental employment, the Legislature—as confirmed by the Washington Supreme Court—recognized that "many low wage workers must work multiple jobs" to earn a livable wage and "to provide for themselves and their families." *David v. Freedom Vans, LLC*, 4 Wn.3d 242, 244, 253 (2025). Recognizing this economic reality, the Legislature specifically intended to "broadly protect" these economically vulnerable workers "by allowing them to secure supplemental employment within their industry." *Id.* at 249 n.3 (citing ENGROSSED SUBSTITUTE H.B. 1450, 66th Leg., Reg. Sess. (Wash. 2019)).

7. If an employer seeks greater control over their employees by restricting the worker's freedom to hold an additional job, "they have a simple solution—pay the worker more than twice the applicable state minimum hourly wage." *Id.* at 260 (Lewis, J., concurring).

8. To better protect Washington workers from unreasonable and illegal restrictive covenants, the Legislature mandated that chapter 49.62 RCW "be construed liberally for the accomplishment of its purposes." RCW 49.62.110.

9. In 2024, the Legislature further clarified the liberal construction mandate of chapter 49.62 RCW in response to courts "misinterpret[ing]" the statutory provisions and



**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

"fail[ing] to embrace that the statute should be liberally construed." S.B. REP. ON ENROLLED SUBSTITUTE S.B. 5935, 68th Leg., Reg. Sess. (Wash. Feb. 6, 2024) ("ESSB 5935 Bill Report"). The Legislature emphasized the importance of this liberal mandate by repeating its express requirement that courts "liberally constru[e]" the "provisions in [chapter 49.62 RCW] facilitating workforce mobility and protecting employees and independent contractors" and "narrowly constru[e]" its exceptions. RCW 49.62.005(3); SSB 5935, 68th Leg., Reg. Sess. (Wash. 2024) (effective June 6, 2024); *see also David*, 4 Wn.3d at 245, 247, 248-50 (applying liberal construction to RCW 49.62.070).

10. In the 2024 amendments, the Legislature also clarified that the prohibition on noncompetition covenants includes "agreement[s] that directly or indirectly prohibit[] the acceptance or transaction of business with a customer." RCW 49.62.010(4). The Legislature intended to clarify that an employer cannot prevent a former employee from accepting business from customers. ESSB 5935 Bill Report at 4. This amendment was, again, in direct response to "courts . . . misconstru[ing] nonacceptance of business clauses as nonsolicitation covenants." *Id.*

11. Supporters of the 2024 amendments, which clarified worker protections, highlighted the harm of noncompete clauses generally, noting that these restrictions "interfere with a person's ability to seek or accept a new job," "suppress wages[,] and allow[] large companies to control workers." ESSB 5935 Bill Report at 4.

12. In violation of chapter 49.62 RCW generally, and RCW 49.62.070 specifically, Defendant unlawfully restricted, restrained, or prohibited Plaintiff and over 40 Class members from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed, while paying them less than twice the applicable state minimum hourly wage.

13. Plaintiff and Class members seek declaratory and injunctive relief to address Defendant's illegal actions and statutory damages pursuant to RCW 49.62.080.

14. Plaintiff and each Class member seek $5,000 in statutory damages.



**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

## II. JURISDICTION AND VENUE

15. This Court has jurisdiction over this action pursuant to RCW 2.08.010.

16. Venue is proper in this Court pursuant to RCW 4.12.020 because the acts and omissions alleged took place, in whole or in part, in King County, Washington and pursuant to RCW 4.12.025 because Defendant transacts business in King County, Washington.

## III. PARTIES

17. Plaintiff Beverly Cole resides in King County, Washington and was employed by Defendant in Washington.

18. Defendant Sephora USA, Inc. is a foreign profit corporation that regularly transacts business in King County, Washington and has multiple stores and offices for the transaction of business in King County, Washington, including at 2020 Westlake Avenue, Seattle, Washington 98121; 415 Pine Street, Seattle, Washington 98101; 2618 Northeast University Village Street, Seattle, Washington 98105; and 1401 Northwest 46th Street, Suite 130-140, Seattle, Washington 98107.

19. Plaintiff is currently unaware of the true names and capacities of the defendants sued herein under fictitious names Does 1-20, inclusive, and therefore sues such defendants by such fictitious names. Plaintiff will seek leave to amend this complaint to allege the true names and capacities of the fictitiously named defendants when their true names and capacities have been ascertained. Plaintiff is informed and believes, and thereon alleges, each of the fictitiously named defendants is legally responsible in some manner for the events and occurrences alleged herein, and for the damages suffered by Plaintiff and the Class.

## IV. STATEMENT OF FACTS

20. Defendant owns and operates a chain of beauty supply retail stores internationally and nationally, including in Washington.

21. Plaintiff is a former Washington employee of Defendant.

22. From approximately August 2022 to March 2024, Plaintiff worked part-time for Defendant as an Operations Associate at its Sephora Ballard Blocks retail store located at 1401



**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Northwest 46th Street, Suite 130, Seattle, Washington 98107.

23. Plaintiff initially earned $18.50 per hour from Defendant.

24. Plaintiff's hourly rate later increased, but she never earned more than twice the applicable state minimum wage.

25. Plaintiff's job responsibilities were to ensure orders were accurately fulfilled, maintain and organize the stockroom, assist with inventory management, and maintain a safe and secure shopping environment.

26. As part of Plaintiff's onboarding process, Defendant required that she review, acknowledge, and abide by its Employee Handbook and Code of Ethics.

27. Defendant's policies and procedures reflect a standard business practice designed to prevent Defendant's low-wage workers from having second jobs.

28. These policies and procedures are evidenced, in part, by Defendant's conflict of interest policies in its Code of Ethics and Employee Handbook.

29. Defendant's Code of Ethics provides examples of conduct Defendant considers to be an impermissible conflict of interest, including:

> "A Second Job – Working in a position that competes with Sephora can interfere with your time, energy, and commitment to your responsibilities at Sephora."

30. A true and correct copy of Defendant's Code of Ethics is attached as Exhibit A.

31. In its Employee Handbook, Defendant states that the following is an impermissible conflict of interest:

> "Working at a direct cosmetic retail competitor (example: Ulta, Blue Mercury, Morphe, etc.) or a department store retailer that sells cosmetics (example: Nordstrom, Macy's, Bloomingdales, etc.)."

32. A true and correct copy of Defendant's Employee Handbook is attached as Exhibit B.

33. Defendant requires that all Sephora employees comply with its restrictions on outside employment.



**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

34. For instance, the Code of Ethics provides, "Each employee is responsible for conducting their business in compliance with these guidelines."

35. And Defendant's Employee Handbook states that it is a summary of Defendant's "personnel policies, benefits, and work rules" and that employees "are responsible for reviewing the handbook and familiarizing [themselves] with its contents" and for "reviewing and abiding by all Sephora Policies, Procedures, and Guidelines."

36. Because Defendant did not pay Plaintiff a livable wage, Plaintiff had to supplement her income by working a second job.

37. In September 2022, Plaintiff began working full-time as a Member Consultant at Verity Credit Union.

38. Following Defendant's Code of Ethics and Employee Handbook, Plaintiff informed Defendant that she worked at Verity Credit Union.

39. Defendant permitted Plaintiff to keep her job at Verity Credit Union, explaining that Verity Credit Union was not a competing business.

40. In approximately January 2024, Plaintiff's employment with Verity Credit Union ended.

41. In January 2024, to supplement her income to continue earning a living wage, Plaintiff started working part-time as a Salesperson at Nordstrom in the young women's clothing department.

42. Following Defendant's Code of Ethics and Employee Handbook, Plaintiff informed Defendant that she started working part-time at Nordstrom.

43. Defendant told Plaintiff that working for Nordstrom violated the Code of Ethics and Employee Handbook because the companies were competitors and she might sell products at Nordstrom that Defendant sells in its stores.

44. Defendant fired Plaintiff for working at Nordstrom.

45. Class members are current and former Washington employees of Defendant.

46. Washington's minimum wages and the earnings thresholds set by RCW



**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

49.62.070(1) during the relevant time period are as follows:

| Year | Washington Min. Wage | RCW 49.62.070(1) Threshold |
|---|---|---|
| 2022 | $14.49 per hour | $28.98 per hour |
| 2023 | $15.74 per hour | $31.48 per hour |
| 2024 | $16.28 per hour | $32.56 per hour |
| 2025 | $16.66 per hour | $33.32 per hour |

*History of Washington State's Minimum Wage*, WASH. STATE DEP'T OF LAB. & INDUS., https://lni.wa.gov/workers-rights/wages/minimum-wage/history-of-washington-states-minimum-wage (last visited August 13, 2025); RCW 49.62.070(1).

47. Defendant paid Plaintiff and Class members less than twice the applicable state minimum wage.

48. Plaintiff and Class members were subject to one or more written or oral covenants, agreements, policies, or contracts restricting, restraining, and/or prohibiting them from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed.

49. By restricting, restraining, and/or prohibiting Plaintiff and Class members from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed while paying them less than twice the applicable state minimum hourly wage, Defendant violated Plaintiff and Class members' statutory rights under chapter 49.62 RCW.

50. Plaintiff and Class members suffered economic and non-economic harm and damages as a result of being restricted, restrained, and/or prohibited from having an additional job by Defendant, supplementing their income by working for another employer, working as an independent contractor, or being self-employed.

51. Plaintiff and each Class member seek statutory damages of $5,000, plus their reasonable attorneys' fees and costs.



**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

## V. CLASS ACTION ALLEGATIONS

52. Class Definition. Under Civil Rule 23(a) and (b)(3), Plaintiff brings this case as a class action against Defendant on behalf of the Class defined as follows ("Class"):

> All current and former employees of Sephora USA, Inc. who worked in Washington and earned less than twice the applicable state minimum hourly wage from June 25, 2022, through the date notice is provided to the Class.

53. Excluded from the Class are Defendant and its officers and directors.

54. Numerosity. There are potentially hundreds of Washington employees who earned less than twice the applicable state minimum hourly wage, and were restricted, restrained, or prohibited from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed. Joinder of all such individuals is impracticable. Further, the disposition of all claims of the Class in a single action will provide substantial benefits and efficiency to all parties and to the Court.

55. Commonality. Because Class members were subject to identical or virtually identical policies and practices as Plaintiff, this is a straightforward matter of determining whether Defendant's actions violate Washington law and, if so, assessing statutory damages.

56. Typicality. Plaintiff's claims are typical of the claims of the Class. Plaintiff and Class members all worked for Defendant in Washington, earned less than twice the applicable state minimum hourly wage, and were restricted, restrained, or prohibited from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed.

57. Adequacy. Plaintiff will fairly and adequately protect the interests of the Class. Plaintiff has retained competent and capable attorneys with substantial experience in complex class action litigation. Plaintiff and Plaintiff's counsel are committed to prosecuting this action vigorously on behalf of the Class and have the financial resources to do so. Neither Plaintiff nor Plaintiff's counsel have interests that are contrary to or that conflict with those of the Class.

58. Predominance. Defendant has engaged in a common course of conduct of



**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

restricting, restraining, or prohibiting low-wage workers from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed in violation of RCW 49.62.070. The common issues arising from Defendant's unlawful conduct affect Plaintiff and Class members and predominate over any individual issues. Adjudication of these common issues in a single action has the important and desirable advantage of judicial economy.

59. Superiority. Plaintiff and the Class have suffered, and will continue to suffer, harm and damages as a result of Defendant's unlawful conduct. However, absent a class action, most if not all, Class members would find the cost of litigating their claims prohibitive, especially when that cost is balanced against each individual's respective potential award. Class treatment is superior to multiple individual lawsuits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for claimants with smaller cases and those with few resources, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action. The Class members and the written or oral covenants, agreements, policies, or contracts they were subjected to are readily identifiable through Defendant's records.

## VI. CAUSES OF ACTION

60. Plaintiff incorporates by reference all foregoing factual allegations and realleges them as though fully set forth herein.

61. Defendant is an "employer" as defined by RCW 49.62.010(2).

62. Plaintiff and Class members are "employees" as defined by RCW 49.62.010(2).

63. Defendant employed Plaintiff and Class members in Washington.

64. Plaintiff and Class members earned less than twice the applicable state minimum wage from Defendant.

65. Defendant restricted, restrained, or prohibited Plaintiff and Class members from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed.



**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

66. Defendant's actions and omissions violate RCW 49.62.070.

67. Plaintiff and Class members were aggrieved by Defendant's violation of RCW 49.62.070.

68. As a result of Defendant's actions and omissions, Plaintiff and Class members have experienced economic and non-economic harm.

69. Plaintiff and Class members each seek $5,000 in statutory damages, plus their costs and reasonable attorneys' fees pursuant to RCW 49.62.080.

## VII. REQUEST FOR RELIEF

70. Plaintiff, individually and on behalf of all members of the Class, requests that the Court enter judgment against Defendant as follows:

a. An order certifying that this action be maintained as a class action and appointing Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel;

b. Statutory damages of $5,000 to Plaintiff and each Class member pursuant to RCW 49.62.080;

c. Attorneys' fees and costs pursuant to RCW 49.62.080;

d. Pre- and post-judgment interest;

e. Preliminary and permanent injunctive relief prohibiting, restraining, and enjoining Defendant from engaging in the conduct complained of herein;

f. Declaratory relief to the effect that Defendant's anti-moonlighting policies violate Washington law;

g. Leave to amend this complaint to conform to the evidence; and

h. Any additional or further relief the Court deems equitable, appropriate, or just.

DATED August 13, 2025.

EMERY | REDDY, PLLC

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092



**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Paul Cipriani, WSBA No. 59991
Hannah M. Hamley, WSBA No. 59020
Emery Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com
Email: hannah@emeryreddy.com

*Attorneys for Plaintiff Beverly Cole*

# EXHIBIT A

# Code of Ethics

SEPHORA

## Overview

Since its US launch in 1998, Sephora has always set out to inspire fearlessness in our communities and create a safe space where all employees can feel welcome. Through our continued expertise, innovation, and entrepreneurial spirit, Sephora quickly gained the trust of our customers and the reputation as one of the top beauty retailers in the world. It's important that our employees are making ethical decisions that uphold Sephora's reputation, principals, and values. Sephora's Code of Ethics is designed as a guide to help navigate challenging situations and ensure that our decisions and behaviors are in line with Sephora's values and policies. Each employee is responsible for conducting their business activities in compliance with these guidelines. As you read through Sephora's Code of Ethics, we challenge you to think about how this applies to your role at Sephora.

## Table of Contents

**Do the Right Thing**........ Pages 2-3
- Learn & Take Initiative
- iCare & Conflicts of Interest

**Teamwork & Respect for ALL**........ Pages 4-6
- Discrimination & Contributing to an Inclusive Environment
- Harassment & ADA
- Commitment to Safety & Violence Prevention

**Protecting Innovation**........ Pages 6-8
- Confidential Information
- Media & Technology
- Recording & Reporting Information

**Using Expertise with Integrity**........ Pages 8-10
- Intellectual Property
- Disparagement, Gathering Information & Gifts
- Bribery & Corruption, Legal Compliance & Legal Advice

**Passion & Balance**........ Pages 10-11
- Standing with Our People, Our Planet & Our Communities

**Resources & Contacts**........ Page 11

TEAMWORK
RESPECT
PASSION
INNOVATION
INITIATIVE
EXPERTISE
BALANCE

## Our Values

Sephora's commitment to ethical standards is reflected in our everyday actions. Our values are part of Sephora's DNA and are the guidepost for every decision we make. It's important to be mindful that the work you do and the decisions you make, at any level, is a direct representation of Sephora. By living Sephora's values and promoting ethical behavior, we can help build trust with our customers, clients, brands, business partners, and the communities where we do business. Together we can continue to build a culture where we all **Belong to Something Beautiful**.

# DO THE RIGHT THING

## *Learn*

At Sephora, our guiding principle is **"Do the right thing."**

Help! How do I know if I am doing the right thing?

**Ask yourself:**

- Does what I am doing comply with Sephora's guiding principals, policies, and values?
- Have I been asked to misrepresent information or deviate from normal procedures?
- Would I feel comfortable describing my decision at a team meeting?
- How would it look if it made the headlines?
- Am I being loyal to my family, my company, and myself?
- What would I tell my child to do?
- Is this the right thing to do?

Your answer to these questions will help guide your decision. Don't forget: if you're unsure if you are making the right decision, or are unsure of how to do the right thing, seek input from your manager, supervisor, or Human Resources Business Partner. We're here to help.

## *Take Initiative*

**How can I take initiative to help make a difference?**

- **Promote "We Belong"** and Sephora's Diversity and Inclusion initiatives.
- **Become a champion** of "do the right thing" by promoting ethical behavior to your teams and colleagues.
- **Lead by example** – show others that you embody "do the right thing" by displaying it proudly!
- **Seek help** – if you don't know the answer, discuss it with your manager, supervisor, or Human Resources Business Partner.
- **Speak up** – If you see something, say something. Sephora offers many different ways that you can speak out against behavior that doesn't align with Sephora's values.

## *Individuals Care About Reporting Ethics*

If you see someone at Sephora who is not doing the right thing – please speak up! We empower each of you to do your part to call out inappropriate behavior. It's important that we hold each other accountable, and we ask for your help in doing so.

If you don't feel comfortable bringing the issue to the attention of the person responsible for the behavior or conduct, you can also:

1. Speak to your people leader
2. Speak to your Human Resources Business Partner
3. Raise questions or concerns to Sephora's Senior Director of Employee Relations & Global Compliance
4. Submit a complaint through iCare

## *What is iCare?*

**iCare** is a safe place where you can report unethical behavior. When you report a claim through iCare, you have the option to submit anonymously.

Any way you choose to report a complaint, it will be looked into discretely and as confidentially as possible by our Human Resources team.

**Retaliation is not tolerated at Sephora.** What does this mean? This means that you are safe in reporting complaints under any method you choose to report! If you believe someone has retaliated against you, or another Sephora employee, report it! Sephora will investigate this complaint and take corrective action against anyone who has engaged in retaliation, up to and including termination.

Accessing iCare is easy!
Report an incident by scanning the QR code or visit sephora.force.com/icare

## *Conflicts of Interest*

**What is a conflict of interest?** A conflict of interest can prevent an employee from doing the right thing. All employees are responsible for reporting any potential conflicts of interest. If you think that you may have a conflict of interest, please fill out our Conflict of Interest Disclosure Form and submit it to **HRCompliance@Sephora.com**. Our Human Resources team is happy to help.

**What are some examples of a Conflict of Interest?**

- **Business Opportunities** – Taking advantage of a business opportunity which would not otherwise be made available through your position at Sephora.
- **A Second Job** – Working in a position that competes with Sephora can interfere with your time, energy, and commitment to your responsibilities at Sephora.
- **Personal Relationships** – Supervising or hiring a family member or someone you have a close relationship with.
- **Social Media Influencing** – Blogging or maintaining a social media account that posts information that is favorable or critical of Sephora, its brands, or its products.
- **Financial Interests –** Using your position at Sephora, our resources, or our information for your own or a family member's financial gain.
- **Vendor Relationships, Gifts, and Entertainment** – Accepting large gifts of over $150 within a calendar year or providing preferential treatment to a vendor.

What happens if Sephora finds that I have a conflict of interest? If a potential or actual conflict of interest exists, the disclosure will be referred to Sephora's Compliance Committee for interpretation and resolution. Resolution may include Company waiver of the conflict of interest or request for removal of the conflict, as determined on a case-by-case basis.

*What if…*

**Q: I'm interested in starting a second job to make some extra cash during my days off. I applied for a position with another retailer, but the job isn't the same as what I do at Sephora. Would this still count as a conflict of interest?**

A: It depends. When in doubt, you should let us know by completing our Conflict of Interest form. Our experts are happy to help guide you towards doing the right thing! You also won't face any serious consequences for disclosing a potential or actual conflict.

*What if…*

**Q: I'm a new employee at Sephora and skincare is my passion! I have an Instagram account with a large following where I review all types of skincare products. Sometimes I receive free products to review. Do I have to let Sephora know?**

A: Yes, you should let Sephora know. Even if you have good intentions, accepting free products from other brands and posting reviews can create a conflict of interest.

# Teamwork & Respect for ALL

## Respect for Each Other

All employees are expected to treat each other with respect, courtesy and dignity. This is the single most important guiding principle for all personal conduct at Sephora. Disparaging remarks, jokes or slurs about another person's race, color, sex, sexual orientation, religion or other personal matters will not be tolerated. Such conduct is offensive to fellow employees and is inconsistent with the standard of respect due to each individual. Moreover, such misconduct may expose Sephora to claims of unlawful discrimination. Humor and joviality are welcome features of any workplace, but not at the expense of another employee's feelings.

For more information on this subject, please refer to our **Anti-Harassment and Non-Discrimination Policies.**

## We ALL Belong: Freedom from Discrimination

Sephora is proud of the diversity of the people and cultures which make up its workforce. We believe that our diversity is an asset to our success, and by celebrating our differences, together we can cultivate a culture of innovation, creativity, and bold decisions. Sephora does not discriminate, nor does it tolerate discrimination by its employees, against individuals on the basis of race, color, hairstyle or hair texture, sex, national origin, religion, age, marital status, sexual orientation, or physical or mental disability.

Employment actions, including but not limited to hiring, evaluating or promoting, are based on an individual's merit, qualifications, competence and level of contribution. This equal opportunity policy applies to all employees and applicants for employment, throughout all aspects of the employment relationship. It is the responsibility of all employees to contribute to an inclusive work environment and report any perceived violations of Sephora's non-discrimination policy to Human Resources.

*What if...*

**Q: Whenever we receive new product, my manager always asks me to swatch samples on my skin to see how the product looks on "darker skin". I want to be a team player, but it makes me feel uncomfortable being singled out and always being treated like the guinea pig just because of my skin tone. What should I do?**

A: Speak up. Tell your manager how this makes you feel. Even if they don't have bad intentions, it's important that we hold everyone accountable for their actions so that we can continue building an inclusive workplace together. If you don't feel comfortable talking to your manager directly, report the incident in iCare or report it to your Human Resources Business Partner.

## Contributing to an Inclusive Environment

Sephora believes we ALL have a role to play in building a more connected and inclusive beauty community where everyone can belong. As a Sephora employee, we expect you to actively take steps to combat discrimination and contribute to an inclusive environment.

**This includes:**

- **Understanding** the viewpoints of others who are "different" and advocating on their behalf
- **Recognizing your own** "implicit bias", or stereotypes that impact our understanding, awareness, actions, and decisions in an unconscious manner.
- **Holding others accountable** for behavior that is biased, discriminatory, or unethical.

We all have implicit bias, but it's important to be aware of these biases and be mindful that these biases can be hurtful, even if unintentional. At the client level, our implicit biases can damage Sephora's reputation and, more importantly, lose the trust of our customers.

**Examples of ways our implicit biases can contribute to a negative client experiences include:**

- Not greeting a man who walks into the store alone because you assume he was probably just searching the store for his wife or daughter.
- Prioritizing a client who is wearing a full face of makeup and/or nice clothes over a client with a bare face and sweatpants because they "look like they would be willing to make a bigger purchase".
- Hovering over a group of teenagers because they look like they can't afford to buy anything.
- Being overly attentive to someone based on an assumption that they might steal due to their race or ethnicity even though they told you they're "just browsing" or don't need assistance

## Racial Profiling

Racial Profiling occurs when someone suspects or targets a person based on assumptions made based on stereotypes of race or ethnicity. Racial profiling may occur because of someone's implicit bias. We must all be mindful to never racially profile and should base any surveillance or increased client service (as a Loss Prevention technique) on objective, neutral criteria and verified observations. If the Company has a good faith reason to believe that an employee engaged in racial profiling, this will result in immediate termination.

## Coexisting: Implicit Bias and Coworkers

We strongly believe diversity helps drive fearless innovation and is one of the most important elements that make Sephora so successful. As a result, implicit bias can be damaging to maintaining positive relations within our teams.

**Examples of ways our implicit biases can be harmful to our teams include:**

- **Intentionally or unintentionally** speaking over a coworker of a different gender, race, or ethnicity (or speaks with an accent), preventing them from contributing to team discussions.
- **Assuming someone** isn't a "culture fit" because they come from a different ethnic background, economic class, age, disbaility (real or perceived), gender, or gender identity.
- **Assuming a coworker** can't perform their job duties (lifting boxes, operating machinery, resolving complex issues) because of their appearance, disability, gender, or gender identity.
- **Commenting** on someone's hairstyle/hair texture, skin tone, or name as "exotic".

*What if..*

**Q: My coworker is transgender and uses the pronouns "she/her/hers". Our manager constantly calls her by the incorrect pronouns, using "he/him/his" even though she has corrected him several times on this. He appears to be using the incorrect pronouns on purpose. My coworker doesn't want me to report it because "she's used to it". What should I do?**

A: You should report it. It's important that ALL employees (regardless of position) are respectful to one another. Even if she asked you not to report it, speaking up for a coworker who may not have the courage to is the right thing to do. This type of behavior can become emotionally taxing on the employee and goes against Sephora's inclusive team environment.

## Harassment & Sexual Harassment

Sephora policy strictly prohibits harassment of any sort, including sexual harassment. Harassment based on pregnancy, race, religious creed, color, national origin or ancestry, physical or mental disability, medical condition, marital status, age, gender or gender identity, sexual orientation, genetic makeup, veteran status, or any other characteristics protected by law is strictly prohibited. Sexual harassment is generally defined as any unwelcome conduct of a sexual nature which has the purpose or effect of creating an intimidating, hostile or offensive work environment. Examples of prohibited conduct include seeking sexual favors from subordinates in exchange for employment opportunities and benefits, unwelcome sexual advances, inappropriate touching, leering, sexually explicit joking or references, or the display of offensive pictures or photographs. All harassment claims will be swiftly investigated and, if necessary, remedial action, including termination of the harasser, will be taken to end the harassment. All employees must promptly report complaints and observations of harassment to Human Resources. Retaliation against employees for reporting complaints of harassment is also prohibited.

*What if..*

**Q: One of my coworkers keeps calling me a derogatory name behind my back. When I confronted her about it, she said it's just a joke, but it still made me feel uncomfortable. What should I do?**

A: You should report it. Even if someone says they are joking, it's not okay to call someone derogatory names. Sephora does not tolerate inappropriate remarks, gestures, or conduct of any sort.

## Americans with Disabilities Act

Sephora is fully committed to complying with the Americans with Disabilities Act so that we can provide the greatest level of accessibility to our merchandise and services for clients with disabilities. We are also committed to complying with the employment provisions of the Act to ensure fair and equal employment opportunities for qualified individuals with a disability. Quality service must be provided to all clients, and we must be especially sensitive both to our clients and to fellow employees with disabilities.

## Commitment to Safety

Sephora operates the business in accordance with all applicable occupational health and safety regulations and monitors their workplaces to prevent accidents and to eliminate potentially hazardous conditions. All employees have the opportunity and responsibility to contribute to a safe work environment by following safe practices and by notifying management or Human Resources when any health or safety issues are present. All workplace accidents, injuries and illnesses involving employees, even those that are not serious, must be immediately reported to your direct supervisor. Similarly, any accidents and injuries involving the company's customers, vendors, contractors or any other person who is on company premises, even those that are not serious, must be immediately reported to your supervisor.

Sephora prohibits the possession, use, distribution or sale of illegal drugs or alcohol on Sephora premises or at Sephora-sponsored events other than events at which Sephora may provide alcoholic beverages. Misuse of such off-the-job drug or alcohol use that may adversely affect work performance, safety, or Sephora's reputation in the community is also prohibited. Employees are expected to use legally obtained substances, including consumer products, over-the-counter medicines, or prescribed medications, according to recommended/prescribed use and dosage. Misuse of such substances that may adversely affect work performance is prohibited. Employees also must not report to work or be at work under the influence of drugs or alcohol.

## Violence Prevention

Threats of violent behavior in the work environment, whether on or off Sephora premises, will not be tolerated and will result in severe disciplinary action, up to and including termination. If you are experiencing interpersonal problems with a fellow employee, a client, or a manager or supervisor, you should not hesitate to seek the assistance of your supervisor, the Human Resources Department or any available Employee Assistance Program resources.

Firearms, knives, or other weapons (with the exception of legally obtained pepper spray used for self-defense) are not allowed on Company premises or in any of its vehicles. Sephora reserves the right to inspect all belongings of employees on its premises, including packages, briefcases, purses and handbags, gym bags, and personal vehicles on company property.

*What if...*

**Q: What should I do if I notice that a fellow coworker or client is starting to get violent or aggressive?**

A: Try your best not to engage or provoke the individual and let your manager or supervisor know so they can help deescalate the situation or contact help in a safe manner.

# *Protecting Innovation*

## Confidential Information

With so much innovation and exciting new brands coming to Sephora, we understand it can be difficult not sharing the excitement with others. However, confidential information is valuable to Sephora only as long as it is kept secret. Once information becomes generally known, it loses its economic value and no longer provides a competitive advantage to Sephora. Sephora's confidential information is a collection of information that has been developed over time through the efforts of our employees and through our investment in business development, marketing, and merchandising. It is your responsibility to help protect this information and ensure it is not shared outside of the Company.

**What is considered confidential information?**

- **Our Company** – information about our products, financial information, marketing tactics, or innovations.
- **Our Employees** – employee ID numbers, dates of birth, contact information, employment status, attendance records, performance records, etc.
- **Our Customers** – emails, phone numbers, address, payment information, or purchase details.
- **Our Vendors & Suppliers** – information about our brands and business partners.

*What if...*

**Q: I received a phone call from someone who said their client is seeking the expertise of someone who is familiar with the beauty/retail industry. They offered to pay me $500 for a consultation and I really need the money. Can I accept this opportunity?**

A: No, even if it's a simple phone call, you should avoid situations that could potentially be targetting non-public Sephora information. This not only could lead to a conflict of interest, but could have serious legal consequences as well. If you're not sure, always talk to a manager or Human Resources Business Partner for help.

## Media Relations

Let our in-house experts speak on behalf of the Company. What we say can have a major impact on our reputation, which is why Sephora has a dedicated Public Relations team to help share all our exciting news with the world. Our PR gurus know just the right thing to say at the right times. If you are approached by the media, please refer it to **pr@sephora.com** and let your manager know as well.

## Social Media

Sephora loves social media! Social Media is a great way to connect with others, keep up with the latest trends, and showcase your creativity. While we respect your right to use social media, we also expect you to use it responsibly, in accordance with Sephora's policies.

**Remember: When using social media:**

- Never post anything that could be considered discriminatory or constitute threatening or unlawful behavior such as bullying or harassment
- Never disclose any information that is confidential and proprietary to Sephora including information about internal processes, profits, sales, or customers
- Ensure that others know that the opinions you share are your own, and not representative of Sephora
- Don't use Sephora's images or logos without permission
- Remember that you are not anonymous when you post information on social media. The information you share on social media platforms is published in a very public space and can be accessed by a significant amount of people. Consider how your social media posts may be be tied to or reflective of Sephora - Are you wearing a Sephora branded uniform? Are you posting from inside the store?

*What if...*

**Q: I'm friends with one of my coworkers on social media. Recently she has been sharing a lot of political content and some of her posts have become very offensive and threatening. When I tried to explain why her posts were offensive, she became very hostile and aggressive. Is this something I should disclose to Sephora?**

A: Yes, you should report it. Sephora respects that each employee has a right to voice their own opinions and viewpoints on social media platforms, but we do not tolerate threatening behavior and discrimination. Employee social media posts should be respectful and in-line with Sephora's values, especially if you choose to publicly disclose that you are an employee of Sephora.

## Acceptable Use of Technology

As one of the most innovative beauty retailers, Sephora's technology resources are integral to our business and key to our success. Whether it be iPads, Price Guns, Color IQ Devices, Point of Sale (POS) systems, Email, laptops, etc., it's important that you use Sephora's technology resources for their intended business purpose and in accordance with the highest legal and ethical standards.

**When using Sephora devices, networks, and technologies, you should NEVER:**

- Conduct illegal, unethical, or disruptive activities;
- Access or browse any websites that may pose a threat to Sephora's security or may be considered offensive to another individual;
- Alter any electronic information, communications, devices, or data in any way;
- Access Sephora's network though unauthorized applications or devices;
- Download anything that is not directly related to, or required for business purposes;
- Introduce malicious programs (ex. Viruses, worms, e-mail bombs, etc.) or interfere with Sephora's network security in any way;
- Upload any sensitive or confidential information to unauthorized websites;
- Send broadcast emails or voicemails, unless already approved by Sephora.

The activities described above are strictly prohibited. Keep in mind that Sephora actively monitors and reviews activities and content on all Sephora Technology. Ask yourself – how would this look if Sephora's Information & Security team found this?

Our technology also plays a critical role in safeguarding confidential and sensitive information about our customers, business partners, and employees, such as credit card details, personal employee information, internal news and announcements, financial data, marketing strategies, brand launches, source code, etc. It's your responsibility to ensure that this information is stored, accessed, and sent securely. Access to Sephora systems, devices, and networks are provisioned as determined appropriate for each individual. For this reason, you should never share login details or confidential data/information with someone who isn't already provided access by Sephora.

**Remember:** Email is not a secure method to send information! Using standard e-mail to send confidential or sensitive information is strictly prohibited. Always use secure email, password protection, or document encryption to send information securely.

For detailed information on acceptable technology usage, please refer to Sephora's **Acceptable Use Policy**.

## Recording and Reporting Information

All documents, records, reports and other writings prepared on behalf of Sephora must be accurate and truthful. This includes accurately recording and reporting your time spent at work. You should never falsify, inflate or fail to make entries on company records or books of account; nor should any Sephora employee become involved in any scheme or arrangement to do so.

This applies to all records and reports, whether such materials are internal or external, for review by a government agency, vendor, financial institution or any outside third party with whom we do business. It also covers all types of documents used in the course of our business, including time cards, expense reports and accounting records. In particular, accounting records must comply with generally accepted accounting principles and established internal controls and procedures.

*What if…*

**Q: I found out that my manager has been altering our sales reports to make our store numbers look better. Should I say something?**

A: Absolutely. You should report the information to iCare as soon as possible. Even if you don't feel comfortable providing your name, you can leave information about the incident anonymously so our Employee Relations and Compliance Teams can investigate.

## Record Retention

Sephora collects, maintains, and uses various types of personal information in the context of your employment relationship with Sephora. Sephora is committed to protecting the privacy and security of your personal information. For more information on how your personal information may be collected, used, and/or stored, please refer to Sephora's **Employee Privacy Notice**.

# *Using Expertise with Integrity*

Sephora has an insatiable appetite for exploring our domains of expertise. We're hungry for knowledge, insights, and information to enhance our work and our ability to **always do the right thing**. This includes following local, state and federal law and conducting ourselves as professionals in all areas of our business. All employees are expected to abide by these laws.

## Protecting Intellectual Property

As experts in our field, not only do Sephora employees need to protect our own intellectual property, but we also need to respect the intellectual property of others.

**What is intellectual property?**

- **Trademarks & Logos** - Sephora uses trademarks on merchandise, store signage, and advertisements, many of which belong to vendors who have authorized Sephora to use their marks for a particular purpose. Sephora employees must exercise care to ensure that trademark usage is consistent with the standards established by the trademark owner. Failure to satisfy our obligations to the trademark owner can not only have serious legal consequences, but can also cause serious harm to important business relationships and to Sephora's reputation.
- **Branding & Trade dress**—the design, shape, attributes and overall "look" of a product—is also protected by law. Sephora designers and merchants should be careful not to copy (or "knock-off") distinctive, non-functional features of another party's product, when creating new merchandise for Sephora.
- **Software & Technology** - Much of the software and technology we use in our daily work is licensed to Sephora pursuant to agreements with suppliers. As a part of these agreements, Sephora employees are strictly prohibited from copying any software or corresponding manuals and documentation.
- **Written Materials** – Written materials may also be protected under the copyright laws. Generally, it is unlawful to copy writings, photographs, drawings and other materials from magazines, books or trade publications without the express permission of the author. Copyrighted material may be shared with others by either purchasing duplicate copies of the publication or circulating it.
- **Inventions, Trade Secrets & Patents** – Intellectual property doesn't have to be physical or tangible to be protected by law. Ideas and other information that is generally not known by the public is also protected and should not be openly shared without written approval.

For more information on the proper use and protection of intellectual property, please refer to Sephora's Intellectual Property Policy.

## Disparagement

It's great to be proud of Sephora's expertise, but employees of Sephora should avoid making any disparaging or negative remarks about others, including our competitors. While Sephora endorses enthusiastic and vigorous competition, negative remarks about our competitors or parties with whom we do business cast a poor light on us. Employees may discuss the merits of Sephora and why we do a good job, but should avoid disparaging others at all times.

## Competition Law, Anti-Trust Violations

Here at Sephora, we believe that our competitors are what help fuel our creativity and spark innovation. We appreciate fair competition, which is why all Sephora employees must comply completely and in good faith with the antitrust and trade regulation laws where Sephora does business. Federal law prohibits retailers from using their purchasing power knowingly to obtain lower prices or other benefits which are not offered to competitors. These laws are designed to prevent interference with the competitive market system.

**You can help abide by these laws by doing the following:**

- Never discuss or establish agreements with a competitor that fixes prices, divides market share, or limits suppliers.
- Don't seek out trade secrets or confidential information about our competitors.
- Gather information fairly. Only use information that is from a trusted source and is publicly available.

What happens if Sephora violates this? This is considered a serious crime, which includes hefty fines and imprisonment. For additional information, please reference our **Antitrust Policy** or contact Human Resources.

## Gathering Information/Corporate Espionage

Remaining competitive is built into our DNA. Researching our competitors, keeping up with the latest trends, and studying information within our industry is essential to building our expertise, but it's important that we be ethical and law abiding in how such information is obtained. You should never seek or accept any information from any client, competitor or other source to which Sephora is not legitimately entitled. Information that is received from another company and is marked proprietary or confidential may not be used for any purpose other than that which the owner intended. It is your responsibility as an employee to ensure that all information is sourced ethically. If you receive information that may have been received from an untrustworthy source, you must report it immediately to your manager, Human Resources Business Partner, or in iCare.

*What if...*

**Q: We just hired someone who used to work at one of our competitors. Can I ask them about their practices and procedures?**

A: No, you may not. It's never appropriate to ask someone to disclose confidential or proprietary business information, even if it was with a previous employer.

## Insider Trading

The stock of LVMH, Sephora's parent company, is publicly traded in France and the United States. For this reason, laws require prompt public disclosure of material information about LVMH. As an employee of Sephora, you may be provided with exclusive insider information about our company, our brands, our business partners, or other LVMH maisons before it is released to the public. In those cases, that information must be held in strict confidence, and those who have such information may not buy or sell or advise others to buy or sell LVMH stock until the information has been released to the public and enough time has passed to allow investor reaction. This applies to any other publicly traded company, including clients, suppliers, or competitors.

Buying or selling securities before information is publicly disclosed could be considered "insider trading." Disclosing the information to anyone could be "tipping." Either action could result in both civil and criminal liability both to employees personally and to LVMH. Questions about this sensitive and complicated area should be discussed with Sephora's Legal Department.

## Gifts, Entertainment & Hospitality

We understand that gifts can be a nice gesture to show appreciation for hard work and partnership, but accepting or giving gifts and other items of value can result in a conflict of interest and other unethical behavior. Know when it's okay and not okay to accept a gift.

**It's okay to accept a gift if:**

- The item is nominal in value (less than $150)
- The gift is to be shared with an entire team
- The gift is for a legitimate business purpose

**It's not okay to accept a gift if:**

- The item is of significant value ($150 or more)
- The gift may be intentionally or unintentionally used to influence the decisions you make on behalf of Sephora
- The gift would be perceived as inappropriate or reflect poorly upon Sephora

If a coworker, business partner, vendor, or client offers you a gift you cannot accept: Politely tell them you can't accept the gift. If you are unable to return the gift, you should consult with your Human Resource Business Partner or report the incident in iCare.

## Avoiding Bribery & Corruption

When gifts, rewards, and other items of value are given or received with the intention of influencing behavior, it can be considered bribery. Bribes don't have to be in the form of cash. They can also be in the form of gifts, meals, donations, job offers, or favors. You should never accept goods or gifts with the intention or expectation of receiving something in return. This is especially true when interacting with government officials. There are very strict rules governing what types of items can and cannot be given to government officials, which is why you should always consult with Sephora's legal department before giving any items of value to elected officials or employees of government agencies. When someone abuses their position or authority for their own personal gain, it's considered corruption. Both bribery and corruption are not tolerated at Sephora, as it can tarnish Sephora's reputation and can jeopardize the trust we've built with our customers.

## Political Contributions

Sephora encourages the participation of all employees as private citizens in the electoral process. However, U.S. Federal Law and many state statutes prohibit a corporation from making direct or indirect political contributions of any kind. Included in this prohibition would be transportation or other services provided at Sephora's expense. An example of a prohibited indirect political contribution would be the reimbursement by Sephora of a political contribution made by one of its employees. Nothing should be said that could create the impression that Sephora supports any particular political party or candidate.

Any questions regarding political questions should be discussed with Sephora's Legal Department.

## Legal Compliance & Legal Advice

Sephora is committed to conducting its businesses in compliance with all applicable laws and regulations of the countries where we operate. To promote legal compliance and assist employees with legal matters, Sephora maintains an internal legal department whose responsibility is to advise upon, manage and supervise the legal affairs of Sephora. Employees should promptly notify the Legal Department of any significant legal matters which arise, such as, for example, any threatened or pending litigation, investigations, major labor disputes, trademark infringement claims, or claims relating to any major agreement with vendors or financial institutions. You should feel free to consult with a member of Sephora's Legal Department as appropriate.

## Contracts with Others

Obligations under agreements, whether formal or informal, written or oral, are as serious as those imposed by laws and regulations. To protect Sephora against entering into contracts or agreements inadvertently or without adequate deliberation, let our Strategic Sourcing partners do the work.

SEPHORA STANDS

# *Passion & Balance*

At Sephora, we are passionate about standing with our people, our planet, and our communities. We are fearless in demonstrating the proper balance of care for ourselves and each other with positive thoughts, actions, and deeds.

## Our People

Sephora respects individual human rights and is committed to creating a culture of belonging as we celebrate the beautiful diversity of our people and our clients. From internal employee networks, to our community events and classes, we are constantly seeking new ways to create a secure space where all are valued and treated equally. As a part of this commitment, Sephora only engages with suppliers, brands, and business partners who share in our commitment to human rights and ethical labor practices.

**This includes:**

- Safe working conditions and fair wages for all
- Freedom from discrimination
- Zero tolerance of forced labor, compulsory labor, or child labor

## Our Planet

Sephora is passionate about protecting the world around us and expects all employees to act in a way that is environmentally responsible. Our sustainability journey is guided by the belief that together we can protect and preserve the health and beauty of our planet. Not only does Sephora abide by environmental laws that apply to our business, but we take it a step further.

We take action to cultivate sustainable practices in our retail spaces, at our headquarters, and throughout our supply chain. From environmentally responsible packaging to conscientious energy consumption, we see every challenge as an opportunity to innovate. We expect all employees to act in an environmentally conscientious manner and challenge you to think about how you can help safeguard our planet.

## Our Communities

We're passionate about giving back to the communities where we do business. From our generous donation and volunteer matching programs, to product donations, our Gift of Time and Together Fund, there are plenty of ways to get involved. Sephora offers several options to contribute time, money, and support to the causes we believe in. We encourage you to reach out to our Sephora Stands partners who share a passion for giving back and can help you find options to donate, request a match, or find other charitable options.

We encourage employees at all levels to get involved in their community, however, you shouldn't make donations on behalf of Sephora unless you have been approved to do so. All charitable donations must be pre-approved by Sephora Stands. If you do decide to participate in charitable activities on your own time, make sure what you do is lawful and doesn't interfere with your work at Sephora. Employees are also prohibited from soliciting materials where work is performed, including information on charitable donations.

Want to get involved or have an idea on how we can help out our communities?
We'd love to hear from you! Please contact Sephora Stands at **SephoraStands@Sephora.com**.

# *Resources*

Have a question about the content in this document? We're here to help. Don't be afraid to speak up and ask for help. Remember: It's important to ensure that all employees are doing their part.

# *Policies Referenced in this Document:*

All documents can be found in Sephora Mix (Stores) or Sephora Connect (DC & FSC) under Policies and Procedures:

- Acceptable Use Policy
- Anti-Harassment & Non-Discrimination Policy
- Antitrust Policy (Within Business Conduct Policy & Procedure)
- Employee Handbook
- Confidentiality Policy (Within Business Conduct Policy & Procedure)
- Conflict of Interest Policy
- Intellectual Property Policy (Within Business Conduct Policy & Procedure)
- Employee Privacy Notice
- Social Media Policy

# *Helpful Contacts:*

**Employee Relations:** EmployeeRelations@Sephora.com

**HR Compliance:** HRCompliance@Sephora.com

**Information Security:** Information.Security@Sephora.com

**IT Help Desk:** ITHelpDesk@Sephora.com

**Loss Prevention:** Investigations@Sephora.com

**Public Relations:** PR@Sephora.com

**Legal:** Legal@Sephora.com

**Sephora Stands:** SephoraStands@Sephora.com

SEPHORA iCare

# EXHIBIT B

# WE BELONG TO SOMETHING BEAUTIFUL

# Employee Handbook

*For all Sephora US Employees*

SEPHORA

# Contents


Welcome ..... 4
Our History ..... 4
The Client Focus ..... 4
Our Manifesto: We Belong to Something Beautiful ..... 5
Our Purpose: Inspiring Fearlessness ..... 5
Our Values ..... 5
Our Philosophy ..... 5
Purpose of the Employee Handbook ..... 7
Our Diversity & Inclusion Heart Journey ..... 7
Equal Opportunity Employer ..... 8
Employees with Disabilities ..... 9
Policy Against Harassment & Sexual Harassment ..... 9
Communications at Sephora ..... 11
Commitment to Safety ..... 11
Workplace Violence Prevention ..... 12
Facilities & Theft ..... 13
Badges & Keys ..... 13
Drug Free Environment ..... 14
Smoking ..... 14
Dress Code ..... 14
Non-Solicitation ..... 15
Bulletin Boards ..... 15
Job Openings ..... 15
Employment of Relatives & Non-Fraternization ..... 15
Your Personnel Records ..... 16
Confidentiality ..... 17
Conflicts of Interest ..... 17
Social Media Standards ..... 18
Standards of Conduct & Zero-Tolerance ..... 19

Performance & Corrective Action ........ 22
Employment Classifications ........ 23
Time Keeping ........ 24
Attendance & Punctuality ........ 26
Pay Day ........ 31
Performance Reviews ........ 32
Compensation Practices ........ 32
Employee Benefits & Perks ........ 32
Closing Words ........ 38

# Welcome

Welcome to Sephora! You have joined an organization that is proud of its place as the most innovative retailer of luxury cosmetics and fragrance products. Sephora has gained a highly prestigious level of achievement within Europe and the United States and is regarded as the top beauty retailer in its class. We are very pleased to have been asked by the LVMH Group to assume the responsibility for expanding of the Sephora concept outside Europe with the focus on the Americas. Sephora holds the promise of growth and success through innovation, creativity, and dedication to our employees and clients.

# Our History

Sephora was named in 1993 when the beauty business Shop 8 (Shop Huit) founded by Dominique Mandonnaud, a French sculptor and entrepreneur, purchased the name Sephora from the UK retailer Boots. The beauty retail concept (established in 1982 by Dominique Mandonnaud in his first store in Limoges) became the foundation of the Sephora concept we know today. Dominique Mandonnaud purchased the name Sephora, an adaptation of the name of the second wife of Moses who was renowned for her beauty, because he felt it complemented his beauty business. In 1997, Sephora was acquired by LVMH, Moet Hennessey-Louis Vuitton, the world leader in the luxury goods business. LVMH is headquartered in Paris and operates a very successful international business. Following the purchase of Sephora, LVMH encouraged the expansion into the United States, where our first store opened in New York City (Soho) in July 1998. In October 1999 Sephora launched its ecommerce site, Sephora.com, which now serves as the world's leading online beauty retailer. In November 2004, the first Canadian store opened in Toronto and today, Sephora operates over 2,600 stores in 34 countries worldwide, with an expanding base of over 460 stores across the Americas. In the US, Sephora also has five Distribution Centers (DC) located across four states in the US: Maryland, Mississippi, Nevada and Utah.

# The Client Focus

Both across the globe and within the US, Sephora is known for providing its clients with a unique shopping experience, one in which our employees are knowledgeable, friendly and helpful – always putting the client first. Our organization is comprised of 3 business environments, which all have an important impact on our ability to serve our clients:

In our **Stores**, our employees offer a welcoming shopping experience where the client can shop, test and sample from a broad and innovative assortment of quality beauty products;

In our **Distribution Centers** (DC's), employees move products throughout the country to our stores and clients' doorsteps;

And in our **Field Support Center** (FSC), employees support all aspects of the stores, flexing to any shifts in our business and our clients' needs. Together, through our continued expertise, innovation, and entrepreneurial spirit, Sephora encourages clients to explore the universe of beauty and wellness with an unbiased approach to experiential retail.

# Our Manifesto: We Belong to Something Beautiful

Sephora believes in championing all beauty, living with courage, and standing fearlessly together to celebrate our differences. We will never stop building a community where diversity is expected, self-expression is honored, all are welcomed, and you are included.

# Our Purpose: Inspiring Fearlessness

At Sephora, we believe beauty is for each person to define and ours to celebrate.
Together, we support and encourage bold choices in beauty – and in life.
**Our purpose is to inspire fearlessness.**

# Our Values

At Sephora we live, breathe and act by our values: **Passion, Innovation, Expertise, Balance, Respect, Teamwork, and Initiative**. Our values dictate and guide the manner in which we approach our clients, employees, brands and the communities in which we do business.
It is important that you practice these values and that you help us to live up to these high standards at all times. We promise you a dynamic and exciting experience as we have the courage to be different.

# Our Philosophy

At Sephora, we believe that our employees are the most important factor in our success.
We maintain this relationship by providing our employees with the necessary training to

excel at their jobs and by treating all employees with dignity and respect. We look forward to working with you as a member of the Sephora team and appreciate your contribution to develop and maintain the level and reputation of excellence for Sephora.

## Again, welcome to Sephora!

# Purpose of the Employee Handbook

The Employee Handbook is provided to answer questions commonly posed by employees. It is a summary of Sephora's personnel policies, benefits, and work rules. You are responsible for reviewing the handbook and familiarizing yourself with its contents. If you have any questions about the handbook or any other topics that are not answered by this handbook, please feel free to ask your supervisor or Human Resources for further explanation or visit the Intranet to view specific policies (more information can be found below under "Closing Words").

Your employment with Sephora is at-will. That means that you or the Company can terminate your employment at any time, for any reason or no reason, with or without cause, and with or without notice. With the exception of the Chief Executive Officer, no employee of the company has the authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to your at-will employment.

# Our Diversity & Inclusion Heart Journey

Our Diversity & Inclusion mission is simple: championing all beauty fearlessly and building inclusive environments for our employees, consumers and communities. When Sephora first launched its Belong campaign in May 2019, we made a commitment to create a safe space where all employees and clients alike can feel welcome and included. Since then, we've taken this a step further by introducing our Diversity & Inclusion Heart Journey and made it our goal to become the Diversity, Inclusion and Equity champion in the beauty retail industry.

As a part of our journey, we designed a company-wide D&I Strategy with key initiatives articulated around 3 pillars: employees, consumers and communities. At the employee level, it drives our ability to attract, recruit, develop, advance and retain the best diverse talent, and to create fair and anti-racist working environments where everyone belongs. At the consumer level, it helps us welcome all clients, create inclusive shopping experiences and meet their diverse needs. At the community level, this mission inspires us to diversify the community of our brand partners, to give back to our communities and to develop a diverse supplier base.




While Sephora ensures that all employees, consumers and communities feel respected, valued, represented, treated equitably, and heard, we focus our efforts on 6 underrepresented D&I groups: People of Color – with a specific focus on Blacks/African Americans, Women, People with Disabilities, LGBTQ+, Working parents, Millennials and 50+. For more information on Sephora's Heart Journey and our evolving Diversity & Inclusion initiatives, employees can visit our **Diversity & Inclusion** page on Sephora Connect & Sephora Mix.

# Equal Opportunity Employer

Sephora is committed to the principles upon which equal employment laws are based. Our employment decisions are based on qualifications, merit and competence and are made without regard to race, color, ancestry, hair type, hairstyle, hair texture, sex, gender, gender identity, gender expression, religion, age, national origin, marital status, sexual orientation, disability, veteran status, and all other categories protected by federal, state, or local laws. Sephora expressly prohibits any form of unlawful harassment or discrimination based on any of the characteristics mentioned above. This policy applies to both employees and applicants throughout all aspects and terms of employment, including but not

limited to: recruitment, hiring, promotion, transfer, leave of absence, training, disciplinary action, compensation, and termination.

As a part of this commitment, all employees must adhere to the practice and spirit of Equal Opportunity laws and report any perceived violations of this policy to a supervisor or Human Resources. Employees may also report violations anonymously through Sephora's ethics and compliance portal, iCare. Sephora does not allow any form of retaliation against individuals who raise issues of equal employment opportunity. If an employee feels that they have been retaliated against, they should report the incident to Human Resources or in iCare.

# Employees with Disabilities

Sephora complies with the Americans with Disabilities Act (ADA) and all state and local laws regarding individuals with disabilities. We are committed to:

- Treating employees who have a qualifying disability in a nondiscriminatory manner and with dignity, respect and compassion
- Keeping all medical information confidential
- Providing applicants and employees with a qualifying disability with reasonable accommodations.

If you have a qualifying disability you may place a request for reasonable accommodation with Sephora's Disability & Leave of Absence provider, TriStar at 844-702-2352. Reasonable accommodations may be available to employees when the disability affects the performance of key job functions. Sephora will work with the employee to try to identify an accommodation that does not cause undue hardship and will help the employee perform the essential functions of the job. In deciding whether to make a reasonable accommodation, we will consider various factors including its cost, its impact on the ability of other employees to perform their duties and the company's ability to conduct business.

# Policy Against Harassment & Sexual Harassment

Sephora is committed to providing a work environment free of unlawful harassment. Sephora's **Non-Discrimination & Anti-Harassment Policy** prohibits sexual harassment and harassment based on race, color, ancestry, hair type, hairstyle, hair texture, sex, gender, gender identity, gender expression,

religion, age, national origin, marital status, sexual orientation, disability, veteran status, and all other categories protected by federal, state, or local laws

All such harassment is unlawful and will not be tolerated by Sephora.

This policy applies to all persons involved in the operation of the Company and prohibits unlawful harassment by any employee of Sephora, including supervisors and co-workers. Prohibited unlawful harassment includes, but is not limited to, the following behavior:

- Verbal conduct such as epithets (ie. disparaging or abusive words or phrases), derogatory jokes or comments, stereotyping, slurs or unwanted sexual advances, invitations or comments;
- Visual conduct such as derogatory and/or sexually-oriented posters, photography, cartoons, drawings or gestures;
- Physical conduct such as assault, unwanted touching, blocking normal movement or interfering with work because of sex, race or any other protected basis;
- Threats and demands to submit to sexual requests as a condition of continued employment, or to avoid some other loss, and offers of employment benefits in return for sexual favors; and
- Retaliation for having reported or threatened to report harassment.

If you believe that you have been the victim of or have witnessed unlawful harassment or discrimination, you are encouraged to file a complaint as soon as possible after the incident. Employees may provide a written complaint with their direct Sephora supervisor, Human Resources, or any other member of management with whom they feel comfortable bringing such a complaint. Complaints may also be submitted through the company's anonymous ethics and compliance portal, iCare. No reprisal, retaliation, or other adverse action will be taken against an employee for making a complaint or report of discrimination or harassment in good faith, or for assisting in the investigation of any such complaint or report. Any suspected retaliation or intimidation should be reported immediately to one of the persons identified above.

All reported harassment allegations will be investigated promptly and objectively. Sephora will maintain confidentiality throughout the investigatory process to the extent consistent with adequate investigation and appropriate corrective action. Once the investigation has concluded, a Sephora representative will advise all parties concerned of the results of the investigation. Any employee determined by Sephora to be responsible for unlawful harassment or discrimination will be subject to appropriate corrective action, including discipline up to and including immediate termination.

# Communications at Sephora

Sephora is committed to providing a work environment that encourages and practices open communication between employees and management. We encourage employees to work through their direct manager to resolve issues first. If the issue is not resolved, Sephora has an Open-Door policy where employees are free to see any member of management or Human Resources to resolve issues. Management strives to deal with each employee directly in an atmosphere of trust, understanding, respect and professionalism. All employees play an important role in creating this atmosphere by: Communicating promptly with management when problems arise, treating fellow employees, clients, vendors and suppliers with respect, complying with Sephora policies and procedures, and conducting oneself in a responsible and professional manner.

# Commitment to Safety

The health and safety of our employees is of the utmost importance. Sephora complies with all federal and state health regulations and has an Injury Prevention Program to help ensure a safe and healthy workplace. Sephora conducts periodic inspections of the workplace premises to ensure that new procedures, processes or equipment do not impose hazards. All employees have the opportunity and responsibility to contribute to a safe work environment by following safe practices and by notifying management when any health or safety issues are present. We ask that you inspect your own work area regularly and promptly report any unsafe or unhealthy conditions or accidents to your supervisor or management. All workplace accidents, injuries and illnesses involving employees, even those that are not serious, must be immediately reported to your direct supervisor. Similarly, all accidents and injuries involving the company’s customers, vendors, contractors or any other person who is on company premises, even those that are not serious, must be immediately reported to your supervisor.

You should never attempt to do a job that appears to you to be unsafe or if you are unsure about proper procedures. If applicable to your role, you must wear safety equipment and garments. Employees may be provided separate safety rules, training, and equipment as necessary. For more information, please refer to **Sephora’s Health & Safety policies**, available on Sephora Connect and Sephora Mix. Employees are expected to adhere to all Sephora safety protocols and employees who are found in violation of Sephora’s safety guidelines will be subject to disciplinary action. In the event of a workplace accident,

Sephora carries insurance to cover the cost of work-related injury or illness. Please see the Benefits section for more information.

DC Employees: Please see the Safety Guidelines section in the Distribution Center Addendum for more information for more information regarding this topic.

# Workplace Violence Prevention

Sephora is committed to providing a safe, violence-free workplace for our employees. Due to this commitment, threats and/or acts of violent behavior, whether on or off company premises will not be tolerated and will result in severe disciplinary action, up to and including termination. We strongly discourage employees from engaging physically with a violent or potentially violent individual. If you are experiencing interpersonal problems with a fellow employee, client, manager, or supervisor, you should seek the assistance of your supervisor, Human Resources department, or any of Sephora's available employee assistance programs.

Sephora prohibits the possession of firearms, knives, or other weapons on its property at all times, including our parking lots or company vehicles (unless otherwise allowed by law). Additionally, while on duty, employees may not carry a weapon of any type. Weapons include, but are not limited to: handguns, rifles, automatic weapons, and knives that can be used as weapons (excluding pocketknives, utility knives, and other instruments that are used to open packages, cut string, and for other miscellaneous tasks), martial arts paraphernalia, stun guns, and tear gas. Any employee violating this policy is subject to discipline up to and including termination for the first offense.

All Sephora employees bear the responsibility of keeping our work environment free from violence or potential violence. Any employee who witnesses or is the recipient of violent behavior should promptly inform their supervisor, manager, or the Human Resources Department. All threats will be promptly investigated. No employee will be subject to retaliation, intimidation, or discipline as a result of reporting a threat in good faith under this guideline.

Sephora reserves the right to inspect all belongings of employees on its premises, including packages, briefcases, purses and handbags, gym bags, and personal vehicles on company property. In addition, Sephora may inspect the contents of lockers, storage areas, file cabinets, desks, and work stations at any time and may remove all Company property and other items that are in violation of Sephora rules and policies.

DC Employees: Please see the Personal Items Guidelines in the Distribution Center Addendum for more information regarding this topic.

# Facilities & Theft

Sephora employees will be provided with a locker or a locking desk for the security and storage of personal items during scheduled work hours. At no time may any personal items be taken into public areas of the store, stock rooms, operation areas of the distribution center, or other designated areas. During work hours, electronic devices should be either turned off or set to silent mode. Excessive and/or unauthorized use of electronic devices including but not limited to cellphones, smart watches, tablets, laptops, etc. for personal use during work hours is prohibited (Retail employees: please note that according to the **Dress Code and Personal Appearance policy**, additional restrictions regarding cell phone usage apply). Employees who utilize secured storage areas, such as lockers and desks, will be required to use the lock provided by the company. Sephora will not be responsible for the loss or damage of personal property in your designated lockers or desk, therefore items of value should not be brought to work.

At Sephora, we take theft seriously. Therefore, it is the responsibility of every employee to report suspected theft. Should you witness, become victim of, or become aware of those involved in the theft of Sephora's property or a Sephora employee's personal property, please report the incident immediately to either management, your location's loss prevention team, or Sephora's ethics and compliance line, iCare. Human Resources and Loss Prevention will investigate all allegations of internal dishonesty completely confidentially. Sephora offers a program that incentivizes employees providing information that leads to a closed internal Loss Prevention apprehension. In such cases, employees may be eligible for an award administered through a third-party reporting company. Employees will not be retaliated against for reporting such incidents in good faith.

# Badges & Keys

Badges and keys will be issued upon hire as required for your role. Employees are responsible for maintaining their own badges and keys. Badges or keys that are lost, stolen, or damaged must be replaced and immediately reported to management or Human Resources. Using another employee's card or keys to clock in/out or access facilities is prohibited and may result in disciplinary action, including and up to termination.

DC Employees: Please see Badges section in the Distribution Center Addendum for more information regarding this topic.

# Drug Free Environment

Sephora is committed to providing a healthy, safe, and secure work environment free from the negative effects of alcohol or the illegal use of drugs. All employees are expected to report to work on time and in suitable physical and mental condition to perform assigned work duties safely and effectively. The unauthorized possession, distribution, purchase, sale, manufacture, or use of illegal drugs or alcohol on the job at any time is strictly prohibited. Reporting to work or working under the influence of illegal drugs or alcohol is also strictly prohibited. Off-the-job drug or alcohol use that may adversely affect work performance, safety, or Sephora's reputation in the community is also prohibited. Employees are expected to use legally obtained substances, including consumer products, over-the-counter medicines, or prescribed medications, according to recommended/prescribed use and dosage. Misuse of such substances is prohibited.

Employees are responsible for informing health care providers prescribing medication of their job requirements to avoid potential problems at work. If the prescribed medication could affect job performance and/or safety then the employee is responsible to notify their supervisor. Violations of this policy may result in termination or other appropriate disciplinary measures after review of the facts[1].

DC Employees: Please see the Drug Free Workplace policy in the Distribution Center Addendum for more information regarding this topic.

# Smoking

Smoking is not permitted in company buildings or work areas at any time. "Smoking" includes the use of any tobacco products (including chewing tobacco), electronic smoking devices, and e-cigarettes. Smoking is only permitted during break times in designated outdoor areas. Employees using these areas are expected to dispose of any smoking debris safely and properly.

# Dress Code

All Sephora employees are expected to maintain a professional appearance while working. Depending on your area of work and the nature of your role, you may be required to wear a Sephora issued uniform or PPE (personal protective equipment). For more information please refer to Sephora's **Dress Code and Personal Appearance Policies** on Sephora Connect & Sephora Mix.

---

[1] **Please note, where applicable, Sephora strictly adheres to Puerto Rico Act No. 59 and complies with its various provisions.**

DC Employees: Please see the Dress Guidelines in the Distribution Center Addendum for more information regarding this topic.

# Non-Solicitation

To help ensure efficient operations and to protect you and our clients from unnecessary intrusions, Sephora has rules regarding solicitation and the distribution of printed materials. This includes materials including but not limited to lotteries, raffles, charitable or labor organizations. Soliciting or distributing literature on the Sephora premises during working time or in work areas is prohibited. Work time includes the work of both the employee doing the soliciting or distribution and the employee to whom it is directed. Work areas include all areas except the lunchroom and restrooms.

# Bulletin Boards

Bulletin Boards are used to communicate information about Sephora policies and events, as well as information about certain employee rights under state and federal laws. We ask that you do not post or remove any material from the bulletin boards without the approval of the most senior manager in your location.

# Job Openings

The job posting program is intended to inform you of positions that are available and to allow you to apply for lateral or promotional opportunities for which you are qualified. Job postings can be found in My Sephora Career under "Open Jobs". To be eligible to apply for a posted opening you must meet the position requirements, have completed 6 months in your current job and be in good standing in your current position. If you meet the requirements to apply, you should notify your supervisor before applying to the job via My Sephora Career. If you wish to discuss your candidacy informally, you may do so either with your supervisor or the Human Resources Department.

# Employment of Relatives & Non-Fraternization

Sephora may permit the hiring of relatives, domestic partners, roommates, or other individuals who an employee holds a particularly close or intimate relationship with only if: (1) the individuals concerned will not work in a direct supervisory relationship; and (2) the employment will not pose a conflict of

interest, including but not limited to: difficulties for supervision, security, safety, or morale. “Relatives” are defined as spouses, children, sisters, brothers, mothers, fathers, and persons related by marriage/domestic partnership. Present employees who marry or who enter into a personal relationship where a real or perceived conflict may exist will be permitted to continue employment with Sephora only if they do not work in a direct supervisory relationship with one another, or Sephora has determined that the relationship does not pose a work conflict. If employees who marry or live together do work in a direct supervisory relationship with each other, or Sephora has determined that the relationship poses a work conflict, the company may attempt to reassign one of the employees to another position for which they are qualified, if such a position is available. If no such position is available, the employees will be permitted to determine which one of them will resign from Sephora. Employees who become engaged in any relationship that may result in a potential or perceived conflict of interest must disclose the information to Human Resources. Should you have questions about this policy, please consult with your supervisor.

# Your Personnel Records

Employee files are maintained by the Human Resources department and are considered confidential. Managers and supervisors have access to personnel file information on a need-to-know basis. Personnel file access by current employees and former employees upon request will generally be permitted unless otherwise prohibited under state law. All hard copy records will be maintained in locked, secure areas with access limited to those who have a need for such access. Personal employee information used in business system applications will be safeguarded under company proprietary electronic transmission and intranet policies and security systems. Participants in Sephora’s benefit plans should be aware that personal information will be shared with plan providers as required for their claims handling or record keeping needs

Keeping records up-to-date is important for payroll, emergency, and insurance purposes. Sephora should be notified promptly of changes to:

- Address and telephone number;
- Marital Status (for benefits purposes);
- Name;
- Beneficiaries or dependents listed in your medical, insurance policy, or retirement plan, if applicable; and

- Persons to notify in case of an emergency.

It is your responsibility to update your personal records accordingly within Sephora's Human Resources portal or by notifying the Human Resources department. Sephora collects, maintains, and uses various types of personal information in the context of your employment relationship with Sephora. Sephora is committed to protecting the privacy and security of your personal information. For more information on how your personal information may be collected, used, and/or stored, please refer to Sephora's **Employee Privacy Policy** on Sephora Connect & Sephora Mix.

# Confidentiality

Much of our success at Sephora depends on trade secrets, confidential information, and proprietary knowledge. Confidential information is of economic value to Sephora, but only as long as it is kept secret. It is the responsibility of all employees to ensure that confidential information is safeguarded and not misused either accidentally or intentionally. Confidential information typically describes some aspect of Sephora's business, plans, or employees and includes any information that is not generally known to those outside the Company or may be considered advantageous to competitors. Confidential information can be contained in a tangible form, such as memoranda, reports and handwritten notes, or in intangible form, such as an employee's mind or computer memory. As a general rule, Confidential Information should not be disclosed to anyone outside of Sephora. Periodically, employees may be required to review and sign a current confidentiality statement. Additionally, since much of the information that drives our success lives within Sephora-issued devices and technology, it is critical that we protect and safeguard these assets. Please always contact Sephora's IT HelpDesk before attempting to make a hardware or software change to a Sephora-issued device.

# Conflicts of Interest

A conflict of Interest occurs when our personal interests interfere with, or otherwise influence an employee's ability to "do the right thing". Sephora recognizes and respects each employee's right to engage in outside financial, business, or personal activities, provided that such activities do not impair their ability to make objective and fair decisions when performing their jobs. Employees must avoid any relationship or activity that might impair, or even appear to not impair, interfere or conflict with the conscientious performance of Sephora duties, do not involve the misuse of Sephora's influence, facilities, or other resources, and do not discredit Sephora's reputation. Examples of this may include:

- Business Opportunities – Taking advantage of a business opportunity which would not otherwise be made available through your position at Sephora.
- Working at a direct cosmetic retail competitor (example: Ulta, Blue Mercury, Morphe, etc.) or a department store retailer that sells cosmetics (example: Nordstrom, Macy's, Bloomingdales, etc.). However, working at a spa or salon (including a blow-out only salon such as Drybar) or another LVMH retailer (example: Bite Beauty, Benefit Cosmetics, etc.) is permitted.
- Personal Relationships – Supervising or hiring a family member or someone you have a close relationship with.
- Paid Social Media Influencing – Paid social media influencing (whether paid via money or product) is allowed, except for a competitor (Ulta, Morphe, Blue Mercury, etc.) or other Retailers whose primary business is selling beauty products (Glossier, e.l.f., ColourPop, etc.)
- Financial Interests – Using your position at Sephora, our resources, or our information for your own or a family member's financial gain.
- Vendor Relationships, Gifts, and Entertainment – Accepting large gifts of over $150 annually or providing preferential treatment to a vendor[2].

It's important to keep in mind this is not an exhaustive list. What constitutes unethical behavior or a conflict of interest is both a moral and a legal question. We encourage employees to seek support from a manager or Human Resources for advice and guidance. Periodically, employees may also be asked to review and sign a statement regarding any potential conflicts of interests. Employees are also responsible for reporting any conflicts of interests as soon as possible through Sephora's online Conflict of Interest Disclosure Form. More information may be found in Sephora's Conflict of Interest policy. You may view the Conflict of Interest policy on the Intranet or by asking your manager for a copy.

# Social Media Standards

Sephora recognizes that social media is an important and popular method of self-expression and communication and Sephora respects the free speech rights of all Employees. At the same time, if you use social media, you are expected to use common sense and exercise good judgment at all times. Employees bear full responsibility for the opinions, statements, or any other content they decide to post online. Below are a few guiding principles regarding Employee social media usage:

[2] **Receiving reasonable amounts of gratis in the normal course of business does not constitute a conflict of interest.**

1) Any mention of Sephora or its products on any social media outlet, and any post related to Sephora's business or industry, must be accompanied by a full disclosure of your relationship to Sephora (ex. "Hi, my name is __ and I work for Sephora.").
2) If posting about Sephora or Sephora's business or industry, you should also add a disclaimer to the effect of, "The views expressed are my own and do not necessarily represent the views of Sephora."
3) As an Employee, you are a representative of Sephora. As such, you should not badmouth or speak negatively about Sephora as a Retailer, its competitors, and any beauty brands or products. After all, "Respect for All" is a core value and is one of our guiding principles.
4) Follow the Sephora Standards of Conduct and Employee Handbook, including the prohibition on sharing confidential or proprietary information[3].

# Standards of Conduct & Zero-Tolerance

**Standards of Conduct**

At Sephora, our guiding principle is "do the right thing." We expect all employees to conduct themselves in a manner that is consistent with Sephora's values and reflects the highest standards of ethical conduct in accordance with all federal, state, and local laws and regulations. Employees are expected to exercise good judgment with respect to their conduct in the workplace. Conduct that is considered unsafe, unprofessional, inappropriate, or otherwise harmful to Sephora's business and/or reputation will be considered a serious violation and may result in corrective action, up to and including immediate termination. **This includes but is not limited to the following violations:**

- Removing any product testers, unauthorized training product (or "gratis") or damaged merchandise from the Company premises without management approval.
- Causing, creating or participating in a disruption of any kind during working hours on Company property.

**[3] Nothing contained within this section (and broader Handbook) is intended to interfere with an Employee's right to engage in activity protected by the National Labor Relations Act, including, for example, the ability to discuss work-related issues or health, safety and/or working condition concerns.**

- Insubordination, including but not limited to failure or refusal to follow the instructions of a supervisor or member of management, or the use of abusive or threatening language toward a supervisor or member of management.
- Using abusive language at any time on Company premises.
- Failure to notify a supervisor at least 2 hours prior to a scheduled shift, when unable to report to work.
- Unreported absence of two (2) consecutive scheduled workdays.
- Failure to observe working schedules, including rest and lunch periods.
- Sleeping, malingering or otherwise wasting time on the job.
- Excessive use of electronic devices for personal use (including excessive use of cellphone, smart watches, etc.) during work time.
- Working overtime without authorization (non-exempt employees only) or refusing to work assigned overtime or on call shifts without a legitimate excuse.
- Violation, misuse or disregard of any safety, health, security or Company policy, rule, procedure, or guideline.
- Malicious, capricious or careless actions toward employees, clients, brands, or Sephora or its property.

## Zero-Tolerance Policy

In addition to our Standards of Conduct, Sephora also has a **zero-tolerance** policy for the following violations described below. **If the Company has a good faith reason to believe that an employee engaged in any of the activities listed below, this will result in immediate termination:**

- **Disclosure of confidential Company information** (including employee information, unannounced brand and/or product launches, internal documents/announcements, etc.)
- **Racial Profiling**
- **Discrimination, Retaliation, Harassment**
- **Falsification of a Company Document or Transaction/Forgery** (including failing to provide complete and accurate information on company records such as employment application, sales records, etc.)
- **Failure to cooperate with an investigation or intentionally derailing an investigation** (i.e. providing false information, tipping off an employee, etc.)

- **Intentional manipulation of (1) transactions, (2) survey (including Medallia) or contest results, or (3) business-related KPIs/results to impact individual or group metrics to artificially bolster or “cheat” scores.**
- **Conviction of or admission to and/or pleading no contest to a serious crime** (while employed with Sephora) that the Company deems to be job-related or otherwise negatively affects the best interests of the Company
- **Theft, Financial Misconduct, Fraud, Bribery and Corruption** (including time fraud, unauthorized removal/use or destruction of any Company merchandise, documents or property)
- **Actions or words that endanger or harm an individual or Sephora property**, whether or not the conduct occurs on Sephora premises. This includes actions or words that result in a reasonable belief that one may be in danger (or their property is in danger). This includes, but is not limited to:
    - Abusive profanity and/or slurs related to an individual's race, color, ancestry, hair type, hairstyle, hair texture, sex, gender, gender identity, gender expression, religion, age, national origin, marital status, sexual orientation, disability, veteran status, or other categories protected by law.
    - Striking, shoving, fighting
    - Threatening and/or bullying
    - Threats of bodily harm to a person or property
    - Any unsafe act that can jeopardize someone's life
    - *NOTE: Instances of self-defense or the defense of others may not result in termination
- **Violation of Sephora’s Drug Free Workplace Policy on Sephora time**[4] (including overtime, breaks and meal periods) and/or on Sephora premises, which includes, but is not limited to:
    - Use, consumption or possession of non-prescribed, mood-altering legal or illegal chemicals, or drugs
    - Misuse of alcohol while on Company premises, during work hours, or at an approved Company event
    - Misuse of non-prescribed legal drugs or alcohol or misuse of drugs prescribed by a physician
    - Buying, selling, offering, receiving or soliciting illegal drugs

[4] **Please note, Sephora strictly adheres to Puerto Rico Act No. 59 and complies with its various provisions.**

- Admission of intoxication and/or reporting to work under the influence

- **The possession, use, or threat of use of any kind of weapon** (defensive use of pepper spray, where legal, may not result in termination)
- **Non- LP Employees exiting store to approach, confront, or pursue a potential shoplifter**
- **Non-LP Employees intentionally attempting to detain and/or apprehend any individual** (including Employees blocking the exit of a store or locking the exit door).[5] Examples of this may include (but are not limited to) intentionally impeding an individual from exiting an area, grabbing at product from a potential shoplifter's person, or engaging with the individual in an attempt to "slow them down"
- **Permitting unauthorized individuals to enter Sephora facilities** (including allowing unauthorized individuals to remain in-store before or after store hours without prior District Manager approval)
- **Giving Keys or Badges to a Non-Employee or Giving Keys or Badges to an Unauthorized Employee for use in an unsupervised setting**
- **Recording workplace conversations, phone calls, or company meetings during working time, or to taking any pictures of the Company's confidential information and/or trade secret information or processes, with any recording device (including but not limited to a cellular telephone, smart phone, PDA, digital recording device, camera, digital camera, video recorder, etc.), except where authorized by management for legitimate business purposes.**[6]
- **Sharing individual Username and Passwords with others (for example, sharing your SSO credentials with others) to access Sephora systems or network without explicit approval from authorized individuals within the Technology team.**

# Performance & Corrective Action

We believe that every employee has a desire to make a positive contribution to Sephora. It is the responsibility of all Sephora employees to perform their duties to the best of their ability and to the standards set forth in their job description or as otherwise established. Employees are encouraged to

[5] LP Employees must follow the Apprehension Standards guidelines in the Loss Prevention Manual.

[6] The conduct identified in this bullet is subject to zero tolerance due to the potential for issues such as invasion of privacy (employee and client), sexual or other harassment (as defined by the Company's harassment policy), and the protection of confidential and proprietary information.

take advantage of all learning opportunities available and request additional instruction when needed. It is also the duty and the responsibility of every employee to be aware of and abide by existing policies and procedures. In the event an employee exhibits conduct that conflicts with Company values, goals, or policies, Sephora will administer corrective action. Sephora does not maintain a formal progressive discipline process. Thus, at Sephora's sole discretion, an employee may be coached, counseled or disciplined, up to and including termination, for engaging in misconduct.

DC Employees: Please see the Corrective Action section in the Distribution Center Addendum for more information regarding this topic.

# Employment Classifications

In order to determine eligibility for benefits and overtime status, as well as ensure compliance with federal and states laws and regulations, Sephora classifies its employees as listed below. Employees should be knowledgeable on what that classification means to you in terms of work schedule, insured benefits, vacation, sick leave and other related matters.

## Non-Exempt Employees

Non-Exempt employees are covered by the overtime provisions of the Federal Fair Labor Standards Act and applicable state wage/hour laws. These employees are entitled to overtime pay for work in excess of forty (40) hours in a week unless otherwise described by state or local law. Non-Exempt employees are further classified as described below:

- **Non-Exempt Regular Full-Time (32-40 hours per week**)
  These are employees who work an average scheduled workweek of 32-40 hours on a continuous basis. Weekly scheduled hours may vary between 32 and 40 based on the needs of the business. Effective the first of the month, following 60 days of continuous active employment (the first of the month following 28 days of continuous active employment for Hawaii), regular full-time employees are eligible to participate in the Sephora Benefits Program as described in the Benefits Section.

- **Non-Exempt Regular Part-Time (Partial Benefits Eligibility) (24-31 hours per week)**

These are employees who work an average scheduled workweek of 24-31 hours (20-31 hours in Hawaii) on a continuous basis based on the needs of the business. Effective the first of the month, following 60 days of continuous active employment (first of the month following 28 days of continuous active employment for Hawaii), these employees are eligible to participate in the Sephora Partial Benefits Program as described in the Benefits Section.

- **Non-Exempt Regular Part-Time (0-23 hours per week)**
  These are employees who work an average of 0-23 hours in a workweek (0-19 hours in Hawaii) on a continuous basis. These employees are eligible for the Sephora employee discount and the 401K plan only.

## Exempt Employees

Exempt employees include salaried employees who are classified by the company as exempt from the overtime provisions of the Federal Fair Labor Standards Act and applicable state wage/hour laws. They do NOT receive overtime pay for hours worked in excess of forty (40) in a week or on Sundays or Holidays. Exempt employees are eligible for benefits on the first of the month coincident with or following one month of continuous active employment.

### Seasonal/Temporary Employees

Seasonal and Temporary employees are only hired on a temporary basis during peak business periods. Seasonal store employees work no more than 20 continuous weeks and no more than 6 consecutive months at the DCs and FSC. Senior management and Human Resources approval must be obtained in order to extend beyond these timeframes. Unless otherwise specified by applicable policy or law, seasonal employees are not eligible to participate in the Sephora Benefits Program.

# Time Keeping

### Time Keeping for Exempt Employees:

Exempt employees are not required to clock/sign in and out to record time worked. Time worked will be automatically captured in Dayforce; however, all exempt employees must record all time off per each pay period in Dayforce.

**Time Keeping for Non-Exempt Employees:**

All non-exempt employees must clock/sign in and out in accordance with their work schedule, at the beginning and end of shifts and when taking a meal break. Employees must be dressed and ready to commence work before clocking/signing in. Under no circumstances should you clock in/out for another employee or allow another employee to do so for you. You must record all time worked exactly as is occurred, whether scheduled or unscheduled, or performed off the company premises. Failure to do so constitutes a violation of federal labor laws. Employees found in violation of these rules will receive disciplinary action up to and including termination of employment.

For purposes of computing payroll, the Sephora workweek begins Monday and ends Sunday. The workday is defined as the 24-hour period starting from 12:00am to 11:59pm.

**Overtime**

Except where provisioned by law, only non-exempt, hourly, employees qualify for overtime pay as described above. Overtime pay is defined as any hours worked in excess of 40 within a single workweek and is compensated at rate of one and a half (1.5) times regular rate of pay, unless otherwise specified by state or local law. Please note that all overtime must be approved in advance by your manager or supervisor. Working overtime without approval may result in corrective action, including and up to termination. Calculation of overtime is based on hours worked and employment classification. Paid leave, such as holiday, PTO, bereavement time, and jury duty does not apply towards work time.

**Meal and Break Periods**

Dayforce will automatically schedule meal and break periods for Retail employees in accordance with state and federal laws. Meal breaks can be manually edited but could result in meal penalties. Refer to the Intranet for more information on scheduling. The length of the meal and break periods will vary according to the total number of hours worked for that day. Approved break periods are counted as time worked.

Meal periods are unpaid. At a minimum, Retail and FSC employees will receive a 10-minute paid break in every 4-hour work period and a minimum 30-minute unpaid meal period to commence no later than the 5th hour of work.

# Attendance & Punctuality

All employees are expected to arrive on time and ready to work when scheduled. If unable to arrive at work on time, or if an employee will be absent for an entire day, the employee must contact the supervisor as soon as possible. Excessive absenteeism or tardiness will result in discipline up to and including termination. Similarly, failure to show up or call in for a scheduled shift without prior approval may also result in termination. Failure to report to work without any notification to a manager or supervisor in excess of 2 consecutive scheduled work days, will be considered job abandonment and Sephora may deem that you have voluntarily terminated employment.

Please note that definitions of "excessive absenteeism and tardiness" may vary. For detailed information and definitions of specific to your area of work, please refer to Sephora's **Payroll, Timekeeping & Attendance Policy**.
DC Employees: Please see the Attendance Policy in the Distribution Center Addendum for more information regarding this topic.

# Time Off

Sephora offers generous Holiday, Vacation, Paid Time Off, and Sick Leave plans and encourages all employees to take time off. Sephora also understands the need for personal leaves of absence on occasion and will try to make reasonable accommodations for you, should you need to take additional time off.

**Holidays**

Non-exempt employees who must work on a paid holiday will be compensated as a rate of 1.5 times their regular rate of pay for all hours worked. The holiday calendar is reviewed every year and may change to accommodate business or operational needs. Non-exempt employees who must work on a paid holiday will be compensated at 1.5 times their regular rate for all hours worked in addition to the holiday pay, not to exceed 8 hours. Non-exempt employees must work the entire scheduled shift before and after a holiday, unless scheduled for pre-approved PTO, in order to receive pay for the holiday.

Eligibility for holiday pay may vary based upon your area of work. For more information, please refer to our **Payroll, Timekeeping & Attendance Policy**.

DC Employees: Please see the Holiday Policy section in the Distribution Center Addendum regarding this policy.

## Paid Time Off

Sephora also offers a generous PTO program for eligible employees. Eligibility for PTO is as follows:

### Non-Exempt Employees:

- Regular employees who are designated as partial part-time or full-time (waiting periods may apply).
- Hawaii employees who work 20 or more hours per week and have completed 90 days of employment.
- San Francisco employees who have completed 90 days of employment

### Exempt Employees:

- All exempt employees (waiting periods may apply)
- Exempt employees must take PTO in full day increments. Partial days are not permitted, unless the PTO hours are being used as Sick Time under the Sick Leave policies as described below.

For additional information on PTO accrual rates and use of PTO, please refer to Sephora's **Payroll, Timekeeping, and Attendance Policy**.

DC Employees: Please see the Paid Time Off section in the Distribution Center Addendum regarding this policy.

## Vacation and PTO Separation Pay

Vacation and PTO that is accrued but not taken at time of separation shall be paid to the employee with their last paycheck. It is paid at the employee's current rate of pay. Vacation and PTO that has been used, but not earned by an employee whose employment with Sephora had been terminated, may be deducted from the final salary if the employee has previously signed a written release allowing the deduction (Paid Time Off Advance Request & Promissory Note). For exempt employees, Vacation and PTO separation will be subject to both employee 401K deductions and eligible for employer 401K

contributions. Employees who are rehired within one year of their separation date will accrue vacation and PTO based on their adjusted service date.

## Coordination with Short-Term Disability Pay

Employees may choose to take all or a portion of their accrued PTO or Vacation at the beginning or end of a short-term disability of less than six (6) months. The total amount of daily pay, including short-term disability and accrued vacation is limited to 100% of base pay. Accrual of PTO and Vacation stops during a disability.

## Sick Leave

Sephora provides protected paid sick leave entitlements designed to satisfy the legal requirements in your location. Depending on the location at which you work, you may be eligible to participate in Sephora's Sick Plan. For detailed information on eligibility, accruals, and use of paid sick leave, please refer to Sephora's **Payroll, Timekeeping & Attendance Policy**.

Accrued Sick Leave is not intended to be used as a substitute for vacation hours. You may use your protected paid sick leave for many purposes, including (but not limited to):

- **Illness.** Sick leave may be used if you are sick or have a mental or physical illness, injury or health condition. This includes doctor's appointments and the diagnosis, care, or treatment of an existing health condition of, or preventative care for, yourself or a family member.
- **"Safe leave".** Sick leave may also be used by an employee who is a victim of domestic violence, sexual assault, or stalking, for the following related purposes: to obtain relief such as a restraining order; to seek medical attention for injuries; to obtain services from a domestic violence shelter, program, or rape crisis center; to obtain psychological counseling; and/or to participate in safety planning or to take actions to increase safety, including temporary or permanent relocation (in some locations, this is referred to as "Safe leave").
- **Business/School Closures and Public Health Emergencies.** Paid sick leave may also be used due to closure of employee's place of business, a child's school or place of care, or care for a family member due to a public health emergency.
- **Baby Bonding Leave.** Non-exempt Employees may use unused, accrued Paid Sick Leave for traditional "baby bonding" or parental leave to care for an infant or newly adopted child if other

paid benefits and time off options are not available (unless greater protections are otherwise afforded under state or local law).

- **Death of a Family Member.** Paid sick leave may also be taken to grieve the death of a family member, to make funeral arrangements, and to make arrangements necessitated by a family member's death.

Unless otherwise specified by federal, state or local laws, a family member is broadly defined, and may include an employee's child, parent, legal guardian or ward, sibling, grandparent, grandchild, spouse or registered domestic partner. If the need for paid sick leave is foreseeable, the employee must provide reasonable advanced notice. If the need for paid sick leave is unforeseeable, the employee must provide notice of the need for leave as soon as practicable. A doctor's note may be required for absences greater than 3 consecutive days or if the absence is for a doctor's appointment. Employees will not be retaliated in any way for using accrued protected paid sick leave.

## Business Closure During Time Off

If an employee is on PTO, Vacation or Sick Leave, and the business is closed for any reason other than a holiday, an additional day off will not automatically be granted. However, under most circumstances the PTO, Vacation or Sick Leave day taken will not be counted against an employee's PTO, Vacation accrual or Sick Leave time.

## Leave of Absence

Employees must request a leave of absence when away from work for more than 3 consecutive days for various reasons, including long-term illnesses and family situations that may arise. Leaves of absence are unpaid, unless they are covered by state disability or other state paid leave laws (if available in your state), a local ordinance such as the San Francisco Paid Parental Leave Ordinance (SFPPLO), or Short- or Long-Term Disability insurance. Accrued and unused Vacation/PTO may be used to augment an unpaid leave or to supplement a partially paid leave of absence, however, Vacation/PTO does not accrue during a leave. If you are covered by health insurance when you go out on a leave of absence, you and your covered dependents will need to continue your coverage by paying the applicable premiums due.

## Family and Medical Leave

Sephora complies with the federal, state, and local leave laws including the Family and Medical Leave Act (FMLA). In instances where an employee is eligible under both federal and state/local medical leave

laws, Sephora will apply the more generous of the laws to the employee. Employees who have more than twelve (12) months of service with Sephora and have worked at least 1,250 hours in the twelve (12) month period before the leave is to begin may have a right to unpaid family care or medical leave under the Family and Medical Leave Act. This leave may be up to twelve (12) work weeks in a twelve (12) month period for the birth, adoption, or foster care placement of your child or for your own serious health condition or that of your child, parent or spouse.

If possible, you must provide at least thirty (30) days advanced notice for foreseeable events (such as the expected birth of a child or a planned medical treatment for yourself or a family member). For events which are unforeseeable, notice must be provided as soon as practicable. Failure to comply with these notice rules is grounds for, and may result in, deferral of the requested leave until you comply with this notice policy.

Sephora may require certification from your health care provider before allowing you a leave for pregnancy or your own serious health condition or certification from the health care provider of your child, parent, or spouse who has a serious health condition before allowing you a leave to take care of that family member. When medically necessary, leave may be taken on an intermittent or a reduced work schedule.

If you are taking a leave for the birth, adoption or foster care placement of a child, the basic minimum duration of the leave is two weeks and you must conclude the leave within one year of the birth or placement for adoption or foster care. Taking a family care or pregnancy disability leave may impact your benefits and your seniority date. For more information regarding your eligibility for a leave and/or the impact of the leave on your seniority and benefits, please contact your manager.

**Military Leave**

Employees who enter service or who are members of the Armed Forces Reserve or National Guard and are required to report to duty/training will receive a military leave of absence as provided by law. You should present Sephora's leave administrator with a copy of your service papers as soon as possible. Though not required by law, Sephora will also make up the difference between your regular pay rate and military pay during the absence, up to a maximum of two weeks provided that you submit military

pay stubs to Sephora. Paid time is prorated based on the average hours worked during the previous 2 pay periods.

When you return from military leave, you will be placed in an appropriate position in accordance with requirements of federal and state law. Employees called to active duty should contact Sephora's leave administrator for further information.

### Bereavement Leave

Employees will receive up to three (3) days off with pay upon a death of a member of your immediate family, which includes spouse, domestic partners, parents, legal guardian, siblings, children, grandparents and current in-laws (brother, sister, mother, father, son or daughter). If the funeral is over 500 miles from the employee's residence, the leave may be extended to four (4) or five (5) days with management approval. Paid time is prorated based on average hours worked during the previous two (2) pay periods.

### Jury Duty

Sephora will provide up to five days of paid time off to employees for jury duty performed at the request of the court. This policy applies only to your scheduled work days. To be paid, you must submit satisfactory evidence of your service on a jury. Paid time is prorated based on average hours worked during the previous two (2) pay periods.

### Time Off for Voting

Sephora allows for the rearrangement of schedules so that employees may vote in local state and national elections in accordance with state laws/regulations. In case your schedule cannot be rearranged, Sephora will provide two hours of paid leave so that you may vote.

## Pay Day

Sephora is on a bi-weekly pay cycle with 26 pay periods in the year. The pay cycle consists of two weeks that run from Monday through Sunday. Paydays are every other Friday following the end of the pay period.

# Performance Reviews

Performance Reviews help Sephora determine your compensation, promotion eligibility, and career development needs. Sephora encourages continuous communication and feedback on job performance on an ongoing basis. Employees should initiate conversations with their supervisors if they feel additional feedback is needed. Formal performance reviews are usually given once a year. Performance is evaluated based on various factors, such as client service, professional knowledge, initiative, quality of work, ability to work as a member of a team, and demonstration of Sephora values.

# Compensation Practices

Our compensation philosophy at Sephora is to be competitive with other specialty retailers in the geographic areas where we do business. Compensation is reassessed on an annual basis during as a part of the performance review cycle, as well as periodically throughout the year to comply with state, local, and federal laws. A combination of factors, including performance rating, position salary range, and Sephora's overall business performance may determine merit increase. Please be informed that merit increases are not guaranteed and are awarded at Sephora's discretion.

# Employee Benefits & Perks

Sephora recognizes its employees are vital to the success of the business and we encourage employees to take advantage of our comprehensive benefits program to stay energized, balanced and healthy. We support employees and their families by offering a competitive benefits program consisting of health, welfare, financial and lifestyle support. For more information regarding benefit programs and eligibility, please refer to www.SephoraBenIQ.com or contact Human Resources.

**We offer the following employee benefits, based on eligibility:**

- Medical/Vision/Dental/Prescription Drug coverage
- Short- and Long-Term Disability coverage
- Basic Life Insurance
- Supplement Life Insurance
- Dependent Life Insurance
- Flexible Spending Accounts

- Business Travel Accident Life Insurance
- Accidental Death & Dismemberment Insurance
- Retirement Plan
- Vacation
- Paid Holidays

**Your eligibility for benefits depends on whether you are full-time or part-time, as shown in the chart below:**

| Optional Benefits (You and Sephora share in the cost) | Full-Time | Partial Part-Time |
|---|---|---|
| Medical | Yes | Yes |
| Dental | Yes | No |
| Vision | Yes | Yes |
| Supplemental Life | Yes | Yes |
| Flexible Spending Accounts (FSAs) | Yes | Yes |
| **Automatic Benefits (Fully paid by Sephora)** | | |
| Short-Term Disability | Yes | Yes |
| Long-Term Disability | Yes | No |
| Basic Life and AD&D Insurance | Yes | No |
| Employee Assistance Program (EAP) | Yes | Yes |

Eligibility for other benefits: The Sephora 401(k) Savings Plan is available to all employees starting on their first day of work. After one year of service, employees are eligible to receive matching contributions from Sephora. See the 401(k) section under Savings and security for details.

**Enrolling in Benefits**

If you are hired into a benefits-eligible position, you must enroll for your benefits within 31 days of your hire date or date you move into your new work status. Benefits enrollment materials will be mailed to your home address within a few days of your hire – look for the materials to arrive, then read thoroughly. The enrollment kit includes an overview of your benefit options and prices. Within 31 days following your hire date, you must enroll at BenIQ (either online at www.SephoraBenIQ.com or by phone. You can reach the BenIQ Solution Center at 877-737-2363 M-F, 7am – 7pm, Central Time). If you fail to enroll by the deadline, Sephora will assume that you have health care coverage through other means. Your next opportunity to enroll will be during Annual Enrollment in August, with coverage beginning October 1. It is your responsibility as an employee to ensure that Sephora has your current

home address at all times. If you have a qualifying event (marriage, birth, divorce, etc.), you have 31 days following the date of the event to request any enrollment changes through BenIQ. Proof of the event will be required in order to process any enrollment change.

*Health Care Reform requires that US individuals have health care coverage or are subject to a tax. You may obtain health care coverage either through Sephora (if you are in an eligible position), as a dependent on your parent's plan, through your spouse/domestic partner, or through a state exchange. Information about your benefits can be found online at www.sephoraBenIQ.com.

## Sephora's Benefits Support Center

For any Human Resources issue and to reach a BenIQ Solution Center representative, call the Sephora Human Resources Support Center at 1-877-737-2363.

## Employee Assistance Program

All Sephora employees and their qualified dependent family members are eligible to participate in Sephora's Employee Assistance Program (EAP) at no additional cost. Sephora's EAP provides a wide variety of services to help you and your family. The EAP offers counseling, practical solutions and online resources such as:

- Parenting support
- Location child-care resources, schools and after school care
- Finding marriage, elder care, legal and financial resources
- Career assistance
- Retirement support
- Emotional & mental health support
- Physical health & substance use

The EAP is convenient, confidential and easy to use. Employees and their family members are eligible for up to **three visits** of confidential assistance provided by the EAP. Sephora pays 100 percent of the cost for this benefit. Employees may take advantage of this benefit by calling Cigna's toll free number, available 24/7, at 877-737-2363 (option 5), or visit my.cigna.com and enter organization web ID: Sephora.

## Workers Compensation

Sephora carries insurance to cover the cost of work-related injury or illness. Benefits help pay for medical treatment and part of any income lost while recovering. Specific benefits are prescribed by law depending on the circumstances of each case and the State where the injury occurred. To be assured of maximum coverage, work related accidents and illnesses must be reported immediately to your supervisor and the Human Resources Department.

## Return to Work

Sephora strives to assist employees to return to work as soon as possible following an injury or illness. However, this policy is not intended to supersede or modify the procedures applicable to employees eligible for reasonable accommodation under the Americans with Disabilities Act (ADA) or leave benefits under the Family and Medical Leave Act (FMLA).

## Employee Discount

Active Sephora employees, including seasonal hires, are entitled to a discount on merchandise purchased at Sephora US & Canadian stores. The discount privileges outlined below are for employee use only and may NOT be transferred to any other individual.

**Sephora employees are entitled to the following discount when shopping in Sephora US and Canadian stores:**

- 30% off regular priced merchandise carried in stores
- 40% off regular priced Sephora Collection

**Every employee is limited to the following purchase limits, each calendar quarter:**

- January through March: $1,500
- April through June: $1,500
- July through September: $1,500
- October through December $2,500

**The employee discount does NOT apply to the following:**

- Gift card purchases

- Special offers including Beauty Insider discount promotion (e.g. % off promotions and Beauty Insider Reward Card) except where specifically noted in the Special Offers Guide. Details relating to employee participation in the Beauty Insider program is available in the Beauty Insider Policy and Procedure.

**Additionally:**

- Employees may not purchase merchandise for personal use directly from any current or potential vendor, supplier, brand, or brand partners except under the terms of special, pre-approved Sephora-endorsed employee purchase programs or if it is otherwise available to the general public.
- Employees may not utilize relationships with brand representatives or partners to purchase (either directly or via a reimbursement to the brand representative) merchandise at a discounted rate, other than discounts offered via a Sephora-endorsed purchase program.
- This policy does not prohibit employees from purchasing products using a discount that is available to the general public (e.g., a purchase using a brand's Black Friday promo).

### Discount in Sephora Stores

- Employees shopping at a Sephora store must present a photo ID and provide the cashier their Employee ID number.
- Merchandise purchased using the discount, must be for personal use or bona fide gifts only.
- Employees must purchase items with their own funds and cannot be reimbursed.
- Merchandise purchased with an employee discount may not be sold for profit, traded online, or returned or exchanged for other merchandise at another retailer. All the same rules apply for training product (or "gratis") in addition to not being able to be returned or exchanged at Sephora.
- Employees may not shop or perform any transactions during scheduled work time.
- Employees may not ring their own purchases, returns, exchanges, or refunds, including Beauty Insider or Credit Card lookups.

### Returns and Exchanges

- Sephora employees may not return or exchange merchandise without proof of purchase.

    - All returns/exchanges must have proof of purchase (receipt, e-receipt, receipt lookup via Beauty Insider or Smart Report > Employee Sales Inquiry Report).
- Employee returns/exchanges or refunds may only be handled at the employee's home store.
- Employees who return merchandise within 30 days of purchase will be issued a refund in the original form of payment for the price paid.
- Employees who return merchandise after 30 days of purchase will only be eligible for an exchange as it is against company policy to issue a Merchandise Credit to employees
- Violations of the discount policy may result in disciplinary action up to and including termination.

**Service Awards**

Sephora appreciates and values your length of service with the Company and recognizes this through our Service Awards Programs. We observe each five-year milestone, up to 30 years of service, by presenting a gift.

**Gift of Time**

Sephora offers a Gift of Time program designed to provide additional support to employees who have exhausted their accrued Paid Time Off/Vacation time and are in need of additional time away due to unforeseen disasters and/or family crises. For additional information on eligibility and qualifying reasons, please refer to our Gift of Time Policy or speak with your manager or Human Resources Business Partner.

**Educational Assistance**

For all employees who have completed six months of service, educational assistance is available for approved education programs to further develop oneself personally and professionally. For more information on eligibility, approved courses / programs covered, and amount of tuition reimbursement offered, please contact Sephora BenIQ by calling 877-737-2363 or by visiting www.SephoraBenIQ.com.

# Closing Words

This Employee Handbook is intended to provide all US Sephora Employees with a broad overview of Sephora policies and procedures. It is not intended to be a substitute for the full and complete statements of Sephora policies, which can be found on Sephora Connect (intranet for FSC & DC employees) and Sephora Mix (intranet for Sephora Stores) or by contacting Human Resources. Employees are responsible for reviewing and abiding by all Sephora Policies, Procedures, and Guidelines. Further details on any of the policies in this Handbook, can be answered by Human Resources Business Partner or Management. This handbook is subject to change at any time, with or without notice to the employee.

**Accessing Policies on Sephora Connect (FSC & DC Employees)**

- Visit the URL https://sephoraus.sharepoint.com/
- Log in using your Sephora Username & Password (if not connected to Sephora VPN)
- Under the “Resources” tab select the link for “All Policies”

**Accessing Policies on Sephora Mix (Retail Employees)**

- Visit the URL https://sephora.retailzipline.com/
- Log in using your Sephora Username & Password
- Select “Library” from the banner at the top of your screen
- Select the “Policies and Procedures” option under “Browse by Topic”
- Or use the “Search” function to search for a particular policy

Further details on any of the policies in this Handbook can be answered by Human Resources Business Partner or Management. This handbook is subject to change at any time, with or without notice to the employee.